Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Lectrus Corporation** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advantage Interests, Inc.** **7840 W. Little York** **Houston, TX 77040** | **Lynn Gondesen** **lgondesen@advantagefireprotection.com** **(713) 983-7253** | **Trade Debt** | | | | **$191,390.03** |
| **Aldine I.S.D** **P.O. Box 203989** **Houston, TX 77216-3989** | **(281) 985-6455** | **Property Taxes** | | | | **$107,805.50** |
| **American Express** **P.O. Box 650448** **Dallas, TX 75265-0448** | | **Trade Debt** | | | | **$222,218.06** |
| **Anixter, Inc. - Dallas** **P.O. Box 847428** **Dallas, TX 75284-7428** | **Chris Little/Molly Durot** **Molly.Durot@anixter.com** **(770) 831-4027** | **Trade Debt** | | | | **$77,631.37** |
| **AXA Corporate Solutions Niederlassung Deutschland, c/o Machale A. Miller 1515 Poydras St., #2130 New Orleans, LA 70112** | | **Shipping/pending litigation** | **Contingent Unliquidated Disputed** | | | **$7,970,583.00** |
| **Chattanooga City Treasurer** **P.O. Box 191** **Chattanooga, TN 37401-0191** | **(423) 643-7262** | **Property Taxes** | | | | **$108,536.35** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lectrus Corporation** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Custom Air Products & Services** 35 Southbelt Industrial Drive Houston, TX 77047 | **Taylor Norris** tnorris@customair products.com (713) 460-9009 | **Trade Debt** | | | | $251,835.95 |
| **Fastenal Co.** P.O. Box 1286 Winona, MN 55987-1286 | **Bill Watkins** bwatkins@fastenal .com (866) 880-3278 | **Trade Debt** | | | | $190,536.09 |
| **Gexpro** P.O. Box 742833 Atlanta, GA 30384 | **Felicia Barner** Felicia.Barner@Ge xpro.com (423) 629-7120 | **Trade Debt** | | | | $146,515.28 |
| **Gilbert LLP** 1100 New York Avenue, NW Suite 700 Washington, DC 20005 | | **Services** | | | | $67,892.29 |
| **Graybar Electric Co., Inc.** P.O. Box 403052 Atlanta, GA 30384-3052 | **Pam Caragianis** Pamela.Caragianis @graybar.com (423) 308-1922 | **Trade Debt** | | | | $545,982.44 |
| **Hamilton County Trustee** P.O. Box 11047 Chattanooga, TN 37401 | (423) 209-7270 | **Property Taxes** | | | | $115,438.83 |
| **Meitec** 2800 Veterans Memorial Blvd. Metairie, LA 70002-6178 | **Ross Bubrig** RossB@meitec.net (281) 412-6990 | **Trade Debt/litigation** | **Contingent Unliquidated Disputed** | | | $836,680.22 |
| **O'Neal Steel, Inc. - Tennessee** P.O. Box 934243 Atlanta, GA 31193-4243 | **Kenny Wallace** (423) 867-4820 | **Trade Debt** | | | | $147,643.12 |
| **On Time Express, Inc.** 733 W. 22nd St. Tempe, AZ 85282 | **Gregg Parsons** accountsreceivable @otexp.com (817) 521-1036 | **Shipping/Litigation** | **Contingent Unliquidated Disputed** | | | $133,637.00 |
| **RPM Expedite Inc.** 100 Exchange Drive Brampton, Ontario, Canada L6S 0C8 | **Eric Kunz** erickunz@rpmexpe diteusa.com (416) 465-2229 | **Shipping** | | | | $444,301.23 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Lectrus Corporation**                                          Case number *(if known)*
_____                                        _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Schneider Electric USA, Inc. 200 N. Martingale Road Schaumburg, IL 60173** | | **Claim Settlement** | | | | **$393,102.00** |
| **Turtle & Hughes 1900 Lower Road Linden, NJ 07036** | **Drew Killen** **tdrew@turtle.com (713) 230-5201** | **Trade Debt** | | | | **$148,183.63** |
| **United Power and Control Systems, LLC P.O. Box 446 Spring, TX 77383-0446** | **Don Nelson** **don@upandcs.com** | **Trade Debt** | | | | **$83,305.20** |
| **Waste Corporation of America Attn: Aaron Rud 8515 Highway 6 South Houston, TX 77083** | | **Trade Debt/Disputed invoice** | **Contingent Unliquidated Disputed** | | | **$114,536.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy