## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **LECTRUS CORPORATION, et al.,** | )   **Jointly Administered under** |
| | )     **Case No. 1:17-bk-15588-NWW** |
| | ) |
| | ) |
| Debtors. | )   **Chapter 11** |

### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Comes now the U. S. Trustee, by and through counsel, and hereby appoints the unsecured

creditors listed below to the Committee of Unsecured Creditors pursuant to 11 U.S.C. §1102:

**MEITEC, Inc.**
Attorney
Peter E. Strenkowski and Sean B. Davis
Winstead PC
600 Travis Street, Suite 5200
Houston, TX 77002
Phone: 713 650-8400
Fax: 713-650-2400
Email: pstrenkowski@winstead.com
Email: sbdavis@winstead.com

**United Power & Control Systems, LLC**
United Power and Control Systems, LLC
Attn: Don M. Nelson
P.O. Box 446
Spring, Texas 77383-0446
Phone: 281 658 9603
Email: don@upandcs.com

**Custom Air Products & Services, Inc.**
Custom Air Products & Services, Inc.
Attn: Bob Love
35 Southbelt Industrial Dr
Houston TX 77047-7011
Phone: 713 460 9009
Fax: 713 460 9499
Email: blove@customairproducts.com

Respectfully submitted,

Samuel K. Crocker
United States Trustee, Region 8


/s/ David Holesinger
David Holesinger
Trial Attorney
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5153



<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 29, 2017, a true copy of the Notice of Appointment of

Committee of Unsecured Creditors was filed electronically in the caption matter and served by

Notice of Electronic Filing on parties receiving such notice.



/s/ David Holesinger
David Holesinger
Trial Attorney
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5153