**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**(CHATTANOOGA)**

| | |
|---|---|
| IN RE:<br>**LECTRUS CORPORATION, et al.,**<br>　Debtors. | **Jointly Administered Under**<br>**Case No. 1:17-bk-15588-NWW**<br>**Chapter 11** |

**NOTICE OF AUCTION AND SALE HEARING**

　　**PLEASE TAKE NOTICE** that on December 7, 2017, the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

　　**PLEASE TAKE FURTHER NOTICE** that on January 19, 2018, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Bankruptcy Court") entered the *Order Establishing Bid and Sale Procedures* (Docket No. 145) (the "Bid Procedures Order") The Bid Procedures Order established or authorized: (i) an auction date for the sale of all or substantially all of the Debtors assets; and (ii) a final hearing (the "Sale Hearing") to approve the sale of those Purchased Assets to the Stalking Horse Bidder, or to any Qualified Overbidder that submits a higher and better offer for the Purchased Assets free and clear of all liens, claims, encumbrances, and other interests (the "Sale Transaction"), as more fully described in the *Motion for Order (A) Establishing Bid and Sale Procedures, and (B) Approving Sale of Assets Free and Clear of Liens, Claims and Encumbrances* (Docket No. 75) (the "Sale Motion").[1]

　　**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, if the Debtors receive one or more timely and acceptable Qualified Overbids for the Purchased Assets, the Auction will take place on **March 7, 2018 at 10:00 a.m.** (prevailing Eastern Time) at the offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 633 Chestnut Street, Suite 1900, Chattanooga, Tennessee 37450, or such other location as may be determined by the Debtors and communicated to the Qualified Overbidders at least 48 hours prior to the Auction. Only Qualified Overbidders who submit a Qualified Overbid by the Bid Deadline may bid at the Auction. The Bid Deadline is **March 2, 2018 at 5:00 p.m.** (prevailing Eastern Time).

　　**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale of the Purchased Assets to the Successful Bidder(s), free and clear of all liens, claims, encumbrances and other interests in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Nicholas W. Wittenburg at the United States Bankruptcy Court for the Eastern District of Tennessee, Chattanooga, 31 East 11th Street, Chattanooga, Tennessee 37402 on **March 8, 2018 at 10:30 a.m.** (prevailing Eastern Time).

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning set forth in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Sale Transaction, if any, must be filed and served so as to be actually received by the Clerk of the Court at 31 East 11th Street, Chattanooga, Tennessee 37402, and the Objection Recipients (as defined below) no later than **March 8, 2018 at 10:30 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the "Objection Recipients" are (a) counsel to the Debtors, Baker, Donelson, Bearman, Caldwell, & Kerkowitz, P.C., Attn: Justin Sveadas and Erno Lindner, 1800 Republic Center, 633 Chestnut Street, Chattanooga, Tennessee 37450; (b) counsel to the Stalking Horse Bidder, Frost Brown Todd LLC, Attn: Ronald E. Gold and A.J. Webb, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202 and Frost Brown Todd LLC, Attn: Lynda M. Hill, 105 3rd Avenue South, Suite 1900, Nashville, Tennessee 37201; (c) United States Trustee, Attn: David Holesinger, Trial Attorney, Office of the United States Trustee, 31 East 11th Street, 4th Floor, Chattanooga, Tennessee 37402; and (d) counsel to the Committee Husch Blackwell, LLP, Attn: Stephen W. Lemmon and Rhonda Mates, 111 Congress Avenue, Suite 1400, Austin, Texas 78701.

**PLEASE TAKE FURTHER NOTICE THAT UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER HEARING AND NOTICE.**

Dated: February 2, 2018

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

By: /s/ *Justin Sveadas*
   Justin Sveadas (TN #22305)
   Erno Lindner (TN #29273)
   633 Chestnut Street, Suite 1900
   Chattanooga, Tennessee 37450
   Phone: 423.209.4184
   Fax:    423.752.9633
   Email:  jsveadas@bakerdonelson.com
           elindner@bakerdonelson.com

***Counsel for the Debtors***

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 2nd day of February, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Peter E. Strenkowski and Sean B. Davis<br>Winstead PC<br>Attorneys for Meitec, Inc.<br>600 Travis Street, Suite 5200<br>Houston, TX 77002 | United Power and Control Systems, LLC<br>Attn: Don M. Nelson<br>P.O. Box 446<br>Spring, Texas 77383-0446 |
| Custom Air Products & Services, Inc.<br>Attn: Bob Love<br>35 Southbelt Industrial Dr.<br>Houston TX 77047-7011 | David Holesinger<br>Trial Attorney<br>Historic U. S. Courthouse<br>31 East 11th Street, 4th Floor<br>Chattanooga, TN 37402 |
| David John Ward<br>Michel and Ward, P.C.<br>100 Cherokee Boulevard, Suite 204<br>Chattanooga, TN 37405 | Caleb Thomas Holzaepfel<br>Husch Blackwell LLP<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 |
| Stephen W. Lemmon<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 | Vincent Renda<br>Renda Law Offices, P.C.<br>600 West Broadway, Suite 400<br>San Diego, CA 92101 |
| Ronald E. Gold<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 E. 4th Street<br>Cincinnati, OH 45202 | Lynda M. Hill<br>Frost Brown Todd LLC<br>The Pinnacle at Symphony Place<br>150 3rd Avenue South, Suite 1900<br>Nashville, TN 37201 |
| John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P. O. Box 3064<br>Houston, TX 77253 | Anna Marie Davenport<br>Spears, Moore, Rebman & Williams, P.C.<br>P. O. Box 1749<br>Chattanooga, TN 37401-1749 |
| Michael DiGiacomo<br>Craig Ganz<br>Ballard Spahr LLP<br>1 E. Washington Street, Suite 2300<br>Phoenix, AZ 85004 | Laura F. Ketcham<br>Miller & Martin PLLC<br>Suite 1200, Volunteer Building<br>832 Georgia Avenue<br>Chattanooga, TN 37402-2289 |

| | |
|---|---|
| Joseph Corrigan<br>Iron Mountain Information Management LLC<br>One Federal Street<br>Boston, MA 02110 | Joseph Greenwood<br>Livingstone Partners, LLC<br>443 N. Clark Street<br>Chicago, IL 60654 |
| David A. Garland<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>2829 Old Dawson Road<br>Albany, GA 31707 | Mark A. Lindsay<br>Babst, Calland, Clements & Zomnir, P.C.<br>Two Gateway Center<br>Pittsburgh, PA 15222 |
| Shaun Martin<br>Winter Harbor, LLC<br>265 Franklin Street, 10th Floor<br>Boston, MA 02110 | United States Trustee<br>Historic U. S. Courthouse<br>31 East 11th Street, 4th Floor<br>Chattanooga, TN 37402 |
| Catherine Douglas Kretzschmar, Esq.<br>D. Brett Marks, Esq.<br>Akerman LLP<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301-2999 | STORE Master Funding VI, LLC<br>8377 E. Hartford Dr., Suite 100<br>Scottsdale, AZ 85255 |
| Steffner Family Partnership, L.P.<br>c/o Jimmy Steffner<br>1724 Central Avenue<br>Chattanooga, TN  37408 | Hewlett Packard Enterprise<br>Hewlett Packard Financial Services Co.<br>200 Connell Drive, Suite 5000<br>Berkeley Heights, NJ 07922 |
| M2 Lease Funds LLC<br>Attn: Christine Kennedy, CFO<br>175 N. Patrick Blvd., Suite 140<br>Brookfield, WI 53045 | GE Industrial Solutions<br>41 Woodford Ave.<br>Plainville, CT 06062 |
| Oglethorpe Power Corporation<br>2100 E. Exchange Place<br>Tucker, GA 30084 | Schneider Electric USA, Inc.<br>200 N. Martingale Road<br>Schaumburg, IL 60173 |
| Schneider Electric USA, Inc.<br>c/o Tim Luksetich<br>3700 6th Street<br>Cedar Rapids, IA 52404 | Schneider Electric USA, Inc.<br>1415 South Roselle Road<br>Palatine, IL 60067 |
| Schneider Electric USA, Inc.<br>Boston One Campus<br>800 Federal St.<br>Andover, MA 01810 | Mark Arms, VP Operations<br>1919 Polymer Drive<br>Chattanooga, TN 37421 |

Rhonda Beard, VP HR
1919 Polymer Drive
Chattanooga, TN 37421

Paul Bogard, VP Sales & Procurement
1919 Polymer Drive
Chattanooga, TN 37421

James Beers, VP Finance & IT
1919 Polymer Drive
Chattanooga, TN 37421

Ultimate Software Group, Inc.
2000 Ultimate Way
Weston, FL 33326

Epicor Software Corp.
804 Las Cimas Parkway, Suite 100
Austin, TX 78746

Dynamic Security, Inc.
1102 Woodward Ave.
Misc. #601
Muscle Shoals, AL 35661

Trumpf, Inc.
Dept. 135
P.O. Box 150473
Hartford, CT 06115-0473

Aerotek Commercial Staffing
7301 Parkway Drive
Hanover, MD 21076

Chattanooga Business Machines
6220 AirPark Drive
Chattanooga, TN 37421

ABB Inc. - Florence, SC
2300 Mechanicsville Road
Florence, SC 29501

ABB, Inc.
ABB INC USNBD Products & Systems
2500 S. Commerce Dr.
New Berlin, WI 53151

ABB, Inc. - Lake Mary
655 Century Point, Suite 600
Lake Mary, FL 32746

ABB, Inc. - Raleigh
940 Main Campus Drive, Suite 400
Raleigh, NC 27606

BP- Husky Refining LLC
550 Westlake Park Blvd, Suite 1182
Houston, TX 77079

Current Engineering, Inc.
4133 Merchant Drive
Newburgh, IN 47630

Custom Control Mfg.
5601 Merriam Drive
Merriam, KS 66203

Delaware Valley Manufacturing
(DVM Manufacturing)
115 Sinclair Rd
Bristol, PA 19007

Eaton Corporation - Arden
221 Heywood Rd
Arden, NC 28704

EMD, Inc.
1411 Twin Oaks Street
Wichita Falls, TX 76302

ESCO Electric Company
3450 Third Street
Marion, IA 52302

Harvard Integrations
27157 470th Avenue
Tea, SD 57064

Heatec, Inc.
5200 Wilson Road
Chattanooga, TN 37410

Industrial Connections & Solutions LLC
41 Woodford Ave  2nd Floor
Plainville, CT 6062

Inolect
9330 North Interstate Dr.
Baton Rouge, LA 70809

Justrite Manufacturing Company
2454 E. Dempster Street, Suite 300
Des Plaines, IL 60016

Lincoln Electric
947 Lehigh Ave
Union, NJ 7083

North Georgia EMC
201 Fleming St.
Dalton, GA 30721

Plant Power & Control Systems
179 Airpark Industrial Road
Alabaster, AL 35007

Primetals Technologies USA LLC
Charter Steel, 4300 E. 49th St.
Cuyahoga Heights, OH 44125

Process Machinery, Inc.
1636 Isaac Shelby Drive
Shelbyville, KY 40065

Rock and Coal Construction
207 Scout St
Sophia, WV 25921

Rockwell Automation- Cambridge
135 Dundas Street
Cambridge, ON N1R 5X1
Canada

Schneider Electric
12121 Wickchester Ln, Suite 500
Houston, TX 77079

Schneider Electric (SM17)
1010 Airpark Center Drive
Nashville Business Ctr.
Nashville, TN 37217

Schneider Electric- Laredo  TX (TS19)
1215 San Dario Avenue, Suite 4-203
Laredo, TX 78040

Siemens - Orlando
3501 Quadrangle Blvd.
Orlando, FL 32817

Siemens Industry, Inc.-
Wendell MC-IMA083
7000 Siemens Road, MC-IMA083
Wendell, NC 27591

SpecGx LLC
8801 Capital Blvd.
Raleigh, NC 27616

Tennessee Valley Authority
1101 Market Street
Chattanooga, TN 37402

Toshiba America, Inc.
Procurement and Export Division
280 Utah Avenue
South San Francisco, CA 94080

| | |
|---|---|
| Union Carbide Corporation<br>(Dow Chemical Subsidiary)<br>1254 Enclave Pkwy<br>Houston, TX 77077 | Universal Industrial Gases, Inc.<br>3001 Emrick Blvd, Suite 320<br>Bethlehem, PA 18020 |
| W. R. Grace and Company<br>4000 N, Hawthorne St.<br>Chattanooga, TN 37406 | Walker Industrial<br>2204 Century Circle Dr.<br>Irving, TX 75062 |
| Yates Engineers, LLC<br>1855 Data Drive, Suite 200<br>Birmingham, AL 335244 | Wells Fargo Vendor Financial Svcs., LLC<br>1961 Hurst Drive<br>Moberly, MO  65270 |
| Aramark<br>2680 Palumbo Drive<br>Lexington, KY 40509 | De Lage Landen Financial Services, Inc.<br>Lease Processing Center<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| Dynamic Security, Inc.<br>4421-A Whittle Springs Rd.<br>Knoxville, TN 37917 | Epicor Software Corp.<br>804 Las Cimas Parkway, Suite 100<br>Austin, TX 78746 |
| Fastenal Co.<br>2001 Theurer Blvd.<br>Winona, MN 55987 | General Electric Industrial Systems<br>41 Woodford Ave.<br>Plainville, CT 06062 |
| Granger Associates<br>1333 Camino Del Rio South, Suite 310<br>San Diego, CA 92108-3520 | Ingersoll Rand<br>2020 Polymer Dr.<br>Chattanooga, TN 37421 |
| Iron Mountain<br>1000 Campus Drive<br>Collegeville, PA 19426 | Lane Equipment Company<br>2030 Richmond Avenue<br>Houston, TX 77098 |
| | PPG Industries, Inc.<br>19699 Progress Drive<br>Strongsville, OH 44149 |
| RFE Management Corporation<br>c/o RFE Investment Partners<br>36 Grove St.<br>New Canaan, CT 06840 | RPM Expedite USA<br>100 Exchange Drive<br>Brampton, Ontario, Canada<br>L6S 0C8<br>Brampton, ON |

| | |
|---|---|
| Sales Force<br>123 Mission<br>San Francisco, CA 94105 | Shred-It<br>10801 Kempwood Drive<br>Houston, TX 77043 |
| Tennessee Valley Authority<br>P.O. Box 1500<br>Knoxville, TN 37901 | Weiser Security<br>P.O. Box 51720<br>New Orleans, LA 70151-1720 |

/s/ Justin Sveadas
Justin Sveadas, BPR No. 022305