# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
### (CHATTANOOGA)

| | |
|---|---|
| **IN RE:**<br><br>**LECTRUS CORPORATION, et al.,**<br><br>　　　**Debtors.** | **Jointly Administered Under**<br>**Case No. 1:17-bk-15588-NWW**<br><br>**Chapter 11** |

---

## NOTICE OF HEARING

Notice is hereby given that:

A hearing will be held on the *Debtors' Expedited Motion for Administrative Claims Bar Date* on **Thursday, March 1, 2018**, at **10:30 a.m.** in **Courtroom A** located at the United States Bankruptcy Court, Historic U.S. Courthouse, 31 East 11th Street, Chattanooga, TN 37402-2722.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the *Debtors' Expedited Motion for Administrative Claims Bar Date* and may enter an order granting that relief.**

---

## DEBTORS' EXPEDITED MOTION FOR ADMINISTRATIVE CLAIMS BAR DATE

The above-captioned debtors, Lectrus Corporation and Lectrus Holding Corporation (collectively, the "Debtors"), move this Court for entry of an order fixing the time within which requests for payment of administrative expenses under 11 U.S.C. § 503(b) must be filed ("Administrative Claims"), excluding requests for compensation and reimbursement of expenses under 11 U.S.C. §§ 330(a) and 503(b)(2). In support of this Motion, the Debtors show the Court as follows:

4832-7007-8046 v2

## BACKGROUND

1.      On December 7, 2017, (the "<u>Petition Date</u>"), the Debtors filed a Voluntary

Petition for relief under Chapter 11 of Title 11 of the United States Code.

2.      The Debtors continue to manage and operate their businesses as debtors-in-

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 29,

2017, the U.S. Trustee appointed a Committee of Unsecured Creditors pursuant to 11 U.S.C.

§1102 (the "<u>Committee</u>").

## JURISDICTION & VENUE

3.      The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157

and 1334.   This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).   Venue of this

proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory

predicates for the relief sought herein are found under Section 503(b) of the Bankruptcy Code.

## RELIEF REQUESTED

4.      April 9, 2018 has been set as the bar date for filing proofs of claim and proofs of

interest.   Creditors were given notice that proofs of claim asserting pre-petition claims were

required to be filed by April 9, 2018.  As of the date of filing this Motion, fifty-five (55) proofs

of claim have been filed in the lead case and one (1) claim has been filed in the Lectrus Holding

Corporation case.

5.      By this Motion, Debtors respectfully request the entry of an order, fixing a bar

date of <u>March 26, 2018</u>, (the "<u>Administrative Bar Date</u>") for filing requests for allowance of

Administrative Claims, and approving the administrative bar date notice substantially in the form

of <u>Exhibit A</u> attached hereto, as outlined herein.  The fixing of that date as the Administrative

Bar Date will enable the Debtors to receive and analyze creditors' Administrative Claims in a

2

timely and efficient manner.

6.      The Debtors submit that the Administrative Bar Date would cover any claims that have arisen from the Petition Date through <u>March 23, 2018</u>.    The establishment of the Administrative Bar Date will be beneficial to the bankruptcy estate, as the Debtors will be able to properly administer and analyze the solvency of the Debtors' estate, in order to timely ascertain the amount of the Administrative Claims that are required to be addressed.

7.      The Debtors propose that notice of the Administrative Bar Date be furnished to the Office of the United States Trustee, each creditor listed on the mailing matrix maintained by the Court, and all parties who have filed a written request for notice in this Bankruptcy Case. In light of the relief requested, the Debtors submit that no further notice is necessary.

8.      A proposed Order granting this Motion is being submitted herewith.

9.      WHEREFORE, the Debtors respectfully request the: (a) entry of an Order granting this Motion and fixing <u>March 26, 2018</u>, as the deadline by which Administrative Claims must be filed; (b) approval of the Debtors' proposed Administrative Claims bar date notice; and (c) granting of such other and further relief as may be just and proper.

4832-7007-8046 v2

Dated: February <u>23</u>, 2018

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC

By: <u>/s/ *Justin Sveadas*</u>

    Justin Sveadas (TN #22305)
    Erno Lindner (TN #29273)
    633 Chestnut Street, Suite 1900
    Chattanooga, Tennessee 37450
    Phone: 423.209.4184
    Fax:    423.752.9633
    Email:  jsveadas@bakerdonelson.com
             elindner@bakerdonelson.com

**Counsel for the Debtors**

4832-7007-8046 v2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2018, a copy of the foregoing electronically filed pleading was served on the parties listed on the attached creditor matrix and the office of the U.S. Trustee by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party. Notice is also being sent to the below parties by first-class mail, postage prepaid.

Peter E. Strenkowski and Sean B. Davis
Winstead PC
Attorneys for Meitec, Inc.
600 Travis Street, Suite 5200
Houston, TX 77002

United Power and Control Systems, LLC
Attn: Don M. Nelson
P.O. Box 446
Spring, Texas 77383-0446

Custom Air Products & Services, Inc.
Attn: Bob Love
35 Southbelt Industrial Dr.
Houston TX 77047-7011

David Holesinger
Trial Attorney
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402

David John Ward
Michel and Ward, P.C.
100 Cherokee Boulevard, Suite 204
Chattanooga, TN 37405

Caleb Thomas Holzaepfel
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402

Evan N. Parrott
Maynard, Cooper & Gale, P.C.
11 North Water Street
Mobile, AL 36602-5024

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego, CA 92101

Ronald E. Gold
Frost Brown Todd LLC
3300 Great American Tower
301 E. 4th Street
Cincinnati, OH 45202

Lynda M. Hill
Frost Brown Todd LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN 37201

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, TX 77253

Anna Marie Davenport
Spears, Moore, Rebman & Williams, P.C.
P. O. Box 1749
Chattanooga, TN 37401-1749

4832-7007-8046 v2

Michael DiGiacomo
Craig Ganz
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004

Joseph Corrigan
Iron Mountain Information Management LLC
One Federal Street
Boston, MA 02110

David A. Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707

Shaun Martin
Winter Harbor, LLC
265 Franklin Street, 10th Floor
Boston, MA 02110

Catherine Douglas Kretzschmar, Esq.
D. Brett Marks, Esq.
Akerman LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999

Schneider Electric USA, Inc.
Boston One Campus
800 Federal St.
Andover, MA 01810

ABB, Inc.
ABB INC USNBD Products & Systems
2500 S. Commerce Dr.
New Berlin, WI 53151

ABB, Inc. - Raleigh
940 Main Campus Drive, Suite 400
Raleigh, NC 27606

BP- Husky Refining LLC
550 Westlake Park Blvd, Suite 1182
Houston, TX 77079

Laura F. Ketcham
Miller & Martin PLLC
Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289

Joseph Greenwood
Livingstone Partners, LLC
443 N. Clark Street
Chicago, IL 60654

Mark A. Lindsay
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center
Pittsburgh, PA 15222

United States Trustee
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402

GE Industrial Systems
c/o Glenn Reisman, Esq.
12 Old Hollow Rd
Suite B
Trumbull,  CT  06611

Aerotek Commercial Staffing
7301 Parkway Drive
Hanover, MD 21076

ABB Inc. - Florence, SC
2300 Mechanicsville Road
Florence, SC 29501

ABB, Inc. - Lake Mary
655 Century Point, Suite 600
Lake Mary, FL 32746

Shred-It
10801 Kempwood Drive
Houston, TX 77043

6

Current Engineering, Inc.
4133 Merchant Drive
Newburgh, IN 47630

Custom Control Mfg.
5601 Merriam Drive
Merriam, KS 66203

Delaware Valley Manufacturing
(DVM Manufacturing)
115 Sinclair Rd
Bristol, PA 19007

Eaton Corporation - Arden
221 Heywood Rd
Arden, NC 28704

EMD, Inc.
1411 Twin Oaks Street
Wichita Falls, TX 76302

ESCO Electric Company
3450 Third Street
Marion, IA 52302

Harvard Integrations
27157 470th Avenue
Tea, SD 57064

Heatec, Inc.
5200 Wilson Road
Chattanooga, TN 37410

Industrial Connections & Solutions LLC
41 Woodford Ave  2nd Floor
Plainville, CT 6062

Inolect
9330 North Interstate Dr.
Baton Rouge, LA 70809

Justrite Manufacturing Company
2454 E. Dempster Street, Suite 300
Des Plaines, IL 60016

Lincoln Electric
947 Lehigh Ave
Union, NJ 7083

North Georgia EMC
201 Fleming St.
Dalton, GA 30721

Plant Power & Control Systems
179 Airpark Industrial Road
Alabaster, AL 35007

Primetals Technologies USA LLC
Charter Steel, 4300 E. 49th St.
Cuyahoga Heights, OH 44125

Process Machinery, Inc.
1636 Isaac Shelby Drive
Shelbyville, KY 40065

Rock and Coal Construction
207 Scout St
Sophia, WV 25921

Rockwell Automation- Cambridge
135 Dundas Street
Cambridge, ON N1R 5X1
Canada

Schneider Electric
12121 Wickchester Ln, Suite 500
Houston, TX 77079

Schneider Electric (SM17)
1010 Airpark Center Drive
Nashville Business Ctr.
Nashville, TN 37217

4832-7007-8046 v2

Schneider Electric- Laredo  TX (TS19)
1215 San Dario Avenue, Suite 4-203
Laredo, TX 78040

Siemens Industry, Inc.-
Wendell MC-IMA083
7000 Siemens Road, MC-IMA083
Wendell, NC 27591

Tennessee Valley Authority
1101 Market Street
Chattanooga, TN 37402

Union Carbide Corporation
(Dow Chemical Subsidiary)
1254 Enclave Pkwy
Houston, TX 77077

W. R. Grace and Company
4000 N, Hawthorne St.
Chattanooga, TN 37406

Yates Engineers, LLC
1855 Data Drive, Suite 200
Birmingham, AL 335244

Dynamic Security, Inc.
4421-A Whittle Springs Rd.
Knoxville, TN 37917

Atex Distributing, Inc.
c/o Shane Ramsey
Nelson Mullins Riley & Scarborough, LLP
150 Fourth Avenue North, Suite 1100
Nashville, TN  37219-2475

IBM Corporation
Attn: Marie-Josee Dube
275 Viger East
Montreal, QC H2X 3R7
Canada

Siemens - Orlando
3501 Quadrangle Blvd.
Orlando, FL 32817

SpecGx LLC
8801 Capital Blvd.
Raleigh, NC 27616

Toshiba America, Inc.
Procurement and Export Division
280 Utah Avenue
South San Francisco, CA 94080

Universal Industrial Gases, Inc.
3001 Emrick Blvd, Suite 320
Bethlehem, PA 18020

Walker Industrial
2204 Century Circle Dr.
Irving, TX 75062

Aramark
2680 Palumbo Drive
Lexington, KY 40509

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426

Ryan A. Burgett
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402

John Leland Murphree
Maynard Cooper & Gale PC
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203

4832-7007-8046 v2

Marshall C. Turner
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105

Athanasios P. Papailiou
Matthew J. Segal
Pacifica Law Group LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404


/s/ Justin Sveadas
Justin Sveadas, BPR No. 022305

4832-7007-8046 v2

AtEx Distributing, Inc.
Nelson Mullins Riley & Scarborough, LLP
150 Fourth Avenue North, Suite 1100
Nashville, TN 37219-2475

Chattanooga Business Machines
6220 Airpark Drive
6220 Airpark Drive
Chattanooga, TN 37421-2988

Granger Associates
c/o Vincent Renda, Esq.
600 West Broadway
San Diego, CA 92101-3311

Harris County
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

IBM Corporation
Attn: Marie-Josee Dube
275 Viger East
Montreal, QC H2X 3R7 Canada

Iron Mountain Information Management, LLC
1 Federal St.
7th Floor
Boston, MA 02110-2003

Lectrus Corporation
19 W. Polymer Drive
Chattanooga, TN 37421-2204

Lectrus Holding Corporation
1919 Polymer Dr.
Chattanooga, TN 37421-2204

March Adams & Associates, Inc.
c/o Anna Marie Davenport, Esq.
Spears, Moore, Rebman & Williams
P. O. Box 1749
Chattanooga, TN 37401-1749

O'Neal Steel, Inc.
744 41st St. N.
Birmingham, AL 35222-1124

PPG Industries, Inc.
One PPG Place
Pittsburgh, PA 15272-0001

STORE Master Funding VI, LLC
c/o Craig S. Ganz, Esq.
Ballard Spahr LLP
1 E. Washington St, Suite 2300
Phoenix, AZ 85004-2555

Steffner Family Partnership
c/o Laura F. Ketcham, Esq.
Miller & Martin PLLC
832 Georgia Avenue
Suite 1200
Chattanooga, TN 37402-2285

1st On-Site Service, LLC
4401 Hickory Tree Road
Balch Springs, TX 75180-2838

24 Safety
P.O. Box 4356, Dept. 1561
Houston, TX 77210-4356

4-65 Forty Eighth Avenue, Inc.
90 Gordon Drive, Suite A
Syosset, NY 11791-4718

A&P Aerobic System
6606 FM 1488, Ste. 148-359
Magnolia, TX 77354-2544

AAA Pest Control
1618 Rainy River Drive
Houston, TX 77088-3436

ADI
P.O. Box 731340
Dallas, TX 75373-1340

ADI - A DIVISION OF HONEYWELL INTERNATIONAL
263 old country road
melville, NY 11747-2712

ALDINE INDEPENDENT SCHOOL DISTRICT
2520 W.W. THORNE-LEGAL DEPT.
HOUSTON, TX 77073

ASSA ABLOY
P.O. Box 642184
Pittsburgh, PA 15264-2184

AXA Corporate Solutions Niederlassung
Deutschland, c/o Machale A. Miller
1515 Poydras St., #2130
New Orleans, LA 70112-3754

Ace Hardware
5906 Lee Highway
Chattanooga, TN 37421-3509

Ace Industries
6295 McDonough Drive
Norcross, GA 30093-1252

Advantage Interests, Inc.
7840 W. Little York
Houston, TX 77040-5310

Aerotek, Inc.
7317 Parkway Drive
Hanover, MD 21076-1159

Air Filtration Service, Inc.
P.O. Box 80025
Chattanooga, TN 37414-7025

Air Power
P.O. Box 5406
High Point, NC 27262-5406

Airgas USA, LLC
P.O. Box 532609
Atlanta, GA 30353-2609

Aldine I.S.D
P.O. Box 203989
Houston, TX 77216-3989


Allegis Corporation
P.O. Box 851354
Minneapolis, MN 55485-1354

Alpha Cleaning Service
66 Brookflower Road
The Woodlands, TX 77380-1505

Amada America, Inc.
P.O. Box 530603
Atlanta, GA 30353-0603


American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amerigas-Chattanooga
P.O. Box 660288
Dallas, TX 75266-0288


Anixter, Inc. - Dallas
P.O. Box 847428
Dallas, TX 75284-7428

Ann Harris Bennett, Assessor-Collector
Harris County, TX
P.O. Box 3547
Houston, TX 77253-3547

Aramark
AUS Central Lockbox
P.O. Box 731676
Dallas, TX 75373-1676


Asco Power Technologies
P.O. Box 73473
Chicago, IL 60673-7473

Atex Distributing, Inc.
2900 W. Orange Ave
Apopka, FL 32703-3327

Austin Hardware - Bufford
Dept CH 19373
Palatine, IL 60055-9373


Axa Corporate Soultions
Miller & Williamson
1515 Poydras Street
Suite 2130
New Orleans, LA 70112-3754

Aztec Galvanizing Services
P.O. Box 843771
Dallas, TX 75284-3771

B & B Building Supply
9384 Jac Cate Road
Ooltewah, TN 37363-9509


B & B Filters
800 Fisher Road
Dayton, TN 37321-5371

BP Business Solutions
P.O. Box 70995
Charlotte, NC 28272-0995

Bebco Environmental Controls Corporation
PO Box 68
Hitchcock, TX 77563-0068


Bebco Industries Environmental Control
P.O. Box 68
Hitchcock, TX 77563-0068

Blue Tarp Financial, Inc.
P.O. Box 105525
Atlanta, GA 30348-5525

Boaz Export Crating Co.
7430 Miller Road 2
Houston, TX 77049-4818


Breeding Insulation Company
P.O. Box 5187
Chattanooga, TN 37406-0187

C & C Industrial Sales, Inc.
1110 Gregory Drive
Gallatin, TN 37066-4912

C & C Oxygen Company
3615 Rossville Boulevard
Chattanooga, TN 37407-2491


CK Supply
P.O. Box 281937
Atlanta, GA 30384-1937

COS Business Products
P.O. Box 5188
Chattanooga, TN 37406-0188

CWB
P.O. Box 46035
Postal Station A
Toronto, Ontario, Canada  M5W 4K9
Toronto, Ontario

Camfil Farr Inc.
3302 Solutions Center
Chicago, IL 60677-3003

Century Fire Protection, LLC
2450 Meadowbrook Pkwy.
Duluth, GA 30096-4635

Certified Crane & Rigging Services, LLC
8726 Freedom Drive
Baytown, TX 77523-1203


Chattanooga Business Machines
6220 AirPark Drive
Chattanooga, TN 37421-2988

Chattanooga City Treasurer
P.O. Box 191
Chattanooga, TN 37401-0191

Chattanooga Electric Supply Co., Inc.
P.O. Box 6218
Chattanooga, TN 37401-6218


Chattanooga Gas Company
P.O. Box 5408
Carol Stream, IL 60197-5408

Chattanooga Manufacturers Association
P.O. Box 11489
Chattanooga, TN 37401-2489

Cintas Corporation #619
P.O. Box 650838
Dallas, TX 75265-0838


City Electric Supply Company
P.O. Box 131811
Dallas, TX 75313-1811

City of Chattanooga
101 E 11th St Room 100
Chattanooga, TN 37402-4285

City of Chattanooga Waste Resources
Payment Processing Center
P.O. Box 591
Chattanooga, TN 37401-0591


Claude De Paoli
Schneider Electric France
20 Avenue des Jeux Olympiques
38050, Grenoble Cedex 09, France

Commercial Air Solutions
P.O. Box 23564
Chattanooga, TN 37422-3564

Community Coffee Company, LLC
3332 Partridge Lane, Bldg. A
Baton Rouge, LA 70809-2413


Community Coffee Company, LLC
P.O. Box 919149
Dallas, TX 75391-9149

Consolidated Electrical Distributors,Inc
P.O. Box 206839
Dallas, TX 75320-6839

Control Infotech, Ltd.
106 Kitty Hawk Drive
Morrisville, NC 27560-8510


Cook's Mechanical Services, Inc.
P.O. Box 701
Blountville, TN 37617-0701

Cotterman Company
130 Seltzer Road
Croswell, MI 48422-9180

Curtis Steel Company - Texas
Dept. 574
P.O. Box 4346
Houston, TX 77210-4346


Curtis Steel Company, LLC
6504 Hurst
Houston, TX 77008-6217

Custom Air Products & Services
35 Southbelt Industrial Drive
Houston, TX 77047-7011

Custom Controls Company
5712 Yale Street
Houston, TX 77076-4524


D.A. Black Company
P.O. Box 77121
Charlotte, NC 28271-7002

Darr Equipment
7607 Wallisville Road
Houston, TX 77020-3635

De Lage Landen Financial Services Inc.
1111 Old Eagle School Road
Wayne, PA 19087-1453


De Lage Landen Financial Services, Inc.
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087-1453

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602

Dealers Electrical Supply
P.O. Box 2676
Waco, TX 76702-2676

Direct Bolt & Supply, L.L.C.
7117 Belgold, Ste. D
Houston, TX 77066-1027

Dolphin Graphics
5601 Hillcliff
Houston, TX 77036-2120

Door Systems
P.O. Box 915
Bedford Park, IL 60499-0915

Dynamic Security, Inc.
1102 Woodward Ave.
Misc. #601
Muscle Shoals, AL 35661-2232

EAN Services LLC
P.O. Box 402383
Atlanta, GA 30384-2383

EAN Services, LLC
d/b/a Enterprise Rent A Car &
National Car Rental
c/o Mary E. Bushyhead
14002 E. 21st Street, Suite 1500
Tulsa, OK 74134-1424

ERI Economic Research Institute
P.O. Box 3524
Seattle, WA 98124-3524

EULER HERMES N.A. as Agent for PACESETTER ST
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173

Electric Motor Sales & Supply Co., Inc.
c/o CED
1724 Central Ave.
Chattanooga, TN 37408-2219

Elliott Electric Supply
P.O. Box 206524
Dallas, TX 75320-6524

Elliott Electric Supply, Inc.
P.O. Box 630610
Nacogdoches, TX 75963-0610

Epicor Software Corp.
804 Las Cimas Parkway, Suite 100
Austin, TX 78746-5198

Epicor Software Corp.
P.O. Box 204768
Dallas, TX 75320-4768

Excel Industrial Group, LLC
16810 Bridle Oak Drive
Cypress, TX 77433-7824

Exclaimer Ltd.
445 Park Avenue
New York, NY 10022-2606

Fastenal Co.
2001 Theurer Blvd.
Winona, MN 55987-9902

Fastenal Co.
P.O. Box 1286
Winona, MN 55987-7286

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Finn Dixon & Herling LLP
Six Landmark Square
Stamford, CT 06901-2705

Five Star Food Service
P.O. Box 733261
Dallas, TX 75373-3261

G&H Diversified Manufacturing, LLP
11660 Brittmoore Park Drive
Houston, TX 77041-6917

GE Industrial Solutions
41 Woodford Ave.
Plainville, CT 06062-2372

GE Industrial Systems
P.O. Box 402497
Atlanta, GA 30384-2497

GGR International, Inc.
25511 Budde Road, Suite 402
The Woodlands, TX 77380-2080

General Electric Industrial Systems
41 Woodford Ave.
Plainville, CT 06062-2392

Georgia Department of Community Affairs
Attn: Industrialized Building Program
60 Executive Park South, NE
Atlanta, GA 30329-2257

GetGo, Inc.
File 50264
P.O. Box 50264
Los Angeles, CA 90074-0264

Gexpro
P.O. Box 742833
Atlanta, GA 30384-0001

Gilbert LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005-4376

GoKeyLess
3646 Cargo Road
Vandalia, OH 45377-1008

Goldner Associates
231 Venture Circle
Nashville, TN 37228-1603

Granger
Dept. 816110621
P.O. Box 419267
Kansas City, MO 64141-6267

Granger Associates
1333 Camino Del Rio South, Suite 310
San Diego, CA 92108-3520

Graybar Electric Co., Inc.
P.O. Box 403052
Atlanta, GA 30384-3052

Great American Insurance Company
Attn:  Joseph Haverkamp
301 East Fourth Street, 27th Floor
Cincinnati, OH 45202-4257

Great American Life Insurance Company
Attn:  Joseph Haverkamp
301 East Fourth Street, 27th Floor
Cincinnati, OH 45202-4257

Gulf Coast Crating
1310 E. Richey Road
Houston, TX 77073-3505

HD Special - Situations II, LP
Attn:  Todd Blankfort
One Maritime Plaza, Suite 825
San Francisco, CA 94111-3418

HD Special - Situations III, LP
Attn:  Todd Blankfort
One Maritime Plaza, Suite 825
San Francisco, CA 94111-3418

HR Direct/G.Neil
P.O. Box 669390
Pompano Beach, FL 33066-9390

Hamilton County Trustee
Attn:  Bankruptcy Dept.
625 Georgia Avenue, Room 210
Chattanooga, TN 37402-1494

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Hartford Fire Insurance Company
Bankruptcy Unit, NP-3
Hartford Plaza
Hartford, CT 06155-0001

Hewlett Packard Enterprise
Hewlett Packard Financial Services Co.
200 Connell Drive, Suite 5000
Berkeley Heights, NJ 07922-2816

Hewlett-Packard Financial Services Co.
P.O. Box 402582
Atlanta, GA 30384-2582

Holiday Gift Check Program
1400 Opus Place, #810
Downers Grove, IL 60515-5708

Holiday Inn Hamilton Place
2232 Center Street
Chattanooga, TN 37421-2501

Holston Gases
1105 Stuart Street
Chattanooga, TN 37406-1716

Home Depot-Houston
Dept. 32-2541454520
P.O. Box 78047
Phoenix, AZ 85062-8047

Horizon Electronics, Inc.
P.O. Box 23683
Chattanooga, TN 37422-3683

Hubbuch Glass Company
1855 Central Avenue
Chattanooga, TN 37408-2222

Hydradyne, LLC
P.O. Box 974799
Dallas, TX 75397-4799

INTERNAL REVENUE SERVICE, CIO
P.O. BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

INTSEL STEEL DISTRIBUTORS
11310 WEST LITTLE YORK
HOUSTON, TX 77041-4917

Imetco, Incorporated
P.O. Box 171
Brimfield, IL 61517-0171

Incentive Services, Inc.
7667 Cahill Road
Edina, MN 55439-2705

Ingersoll Rand
2020 Polymer Dr.
Chattanooga, TN 37421-6211

Ingersoll Rand
Attn: Paul Kolesar
800 E. Beaty Street
Davidson, NC 28036-6924

Ingersoll-Rand Air Ctr.
15768 Collections Center Drive
Chicago, IL 60693-0157

Ingersoll-Rand Industrial Tech
15768 Collections Center Drive
Chicago, IL 60693-0157

Iron Mountain
P.O. Box 915004
Dallas, TX 75391-5004

Iron Mountain Information Management, LLC
Attn: Joseph Corrigan, 7th Floor
1 Federal St.
Boston, MA 02110-2012

J M Specialties, Inc.
2310 McCallie Avenue
Chattanooga, TN 37404-3245


J.A. King Company, LLC
P.O. Box 160
Whitsett, NC 27377-0160

JBS
147 Old Black Oak Ridge Road
Dayton, TN 37321-5792

James Beers, VP Finance & IT
1919 Polymer Dr.
Chattanooga, TN 37421-2204


Jason D. Kraus
Kraus Law Firm
5625 Cypress Creek Pkwy., Ste. 308
Houston, TX 77069-4210

Johnson Construction Specialties
P.O. Box 1360
Houston, TX 77251-1360

Johnson Controls, Inc.
P.O. Box 730068
Dallas, TX 75373-0068


Junior Achievement
5721 Marlin Road, Suite 3400
Chattanooga, TN 37411-5647

Katy Coatings Company
19127 Rebel Yell Drive
Katy, TX 77449-5276

Kendall Electric, Inc.
Attn: Credit Dept.
5101 S. Sprinkle Rd.
Portage, MI 49002-2049


Kendall Electric, Inc.
P.O. Box 671121
Detroit, MI 48267-1121

Keystone Engineering, Inc.
1100 West Causeway Approach
Mandeville, LA 70471-3038

Kloeckner Metals Corp-ALP
500 Colonial Center Parkway
Roswell, GA 30076-8853


LGS Technologies
P.O. Box 763039
Dallas, TX 75376-3039

Lane Equipment Company
2030 Richmond Avenue
Houston, TX 77098-3424

Lane Equipment Company
P.O. Box 540909
Houston, TX 77254-0909


Lectrus Holding Corporation
P.O. Box 22548
Chattanooga, TN 37422-2548

Lewis Brisbois Bisgaard & Smith LLP
2929 North Central Ave.
Suite 1700
Phoenix, AZ 85012-2761

Livingstone Partners, LLC
443 North Park Clark St.
Chicago, IL 60654


Lockwood Industries, Inc.
1100 Corporate Drive
Burlington, Ontario, Canada  L7L 5R6
Burlington, ON

M2 Lease Funds LLC
Attn:  Christine Kennedy, CFO
175 N. Patrick Blvd., Suite 140
Brookfield, WI 53045-5811

MD Dept. of Housing & Community Devel.
Division of Finance-Central Cashier
P.O. Box 2521
Landover Hills, MD 20784-0521


MTY Technologies
5806 S. Meadow Dr.
Pasadena, TX 77505-2322

Machale A. Miller
1515 Poydras Street
Suite 2130
New Orleans, LA 70112-3754

Machale A. Miller
Miller & Williamson, LLC
1515 Poydras St., #2130
New Orleans, LA 70112-3754


Majestic Steel USA, Inc.
NW 6118
P.O. Box 5161
Minneapolis, MN 55485-6118

March Adams & Associates, Inc.
P.O. Box 3689
Chattanooga, TN 37404-0689

Marco Specialty Steel, Inc.
P.O. Box 750518
Houston, TX 77275-0518

Mark Arms, VP Operations
1919 Polymer Dr.
Chattanooga, TN 37421-2204

Marlboro Manufacturing Inc
11730 Marlboro Ave NE
Alliance, OH 44601-9798

Marvair a Division of Airxcel, Inc.
P.O. Box 6407
Carol Stream, IL 60197-6407

Marvair, a division of Airxcel, Inc.
P.O. Box 400
Cordele, GA 31010-0400

Matheson TRI-GAS Inc.
P.O. Box 123028
Dept. 3028
Dallas, TX 75312-3028

Mayer Electric Supply Company, Inc.
P.O. Box 896537
Charlotte, NC 28289-6537

McCauley Lumber
626 Aldine Bender
Houston, TX 77060-4598

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135-3150

Meitec
2800 Veterans Memorial Blvd.
Metairie, LA 70002-6178

Miller Electrical Contractors
613 Shallowford Road
Chattanooga, TN 37411-1404

Mobile Mini, Inc.
P.O. Box 7144
Pasadena, CA 91109-7144

Mobile Modular Management
P.O. Box 45043
San Francisco, CA 94145-0043

Mobile Modular Management Corporation
4445 East Sam Houston Pkwy. So.
Pasadena, TX 77505-3912

Mobile Modular Management Corporation
c/o Niel Bansraj
5700 Las Positas Rd.
Livermore, CA 94551-7806

N.C.F.I.
P.O. Box 890616
Charlotte, NC 28289-0616

Nappco Fastener Company
7330 North Sam Houston Pkwy. West
Houston, TX 77064-3580

Net Star Internet
P.O. Box 301857
Dallas, TX 75303-1857

Nolan Power Group
P.O. Box 54986
New Orleans, LA 70154-4986

Northern Air Systems, Inc.
3605 Buffalo Road
Rochester, NY 14624-1120

Nova Healthcare TN, PLLC
P.O. Box 840138
Dallas, TX 75284-0138

O'Neal Steel, Inc. - Tennessee
P.O. Box 934243
Atlanta, GA 31193-4243

O'Neal Steel, Inc. - Texas
P.O. Box 934243
Atlanta, GA 31193-4243

Office Depot
P.O. Box 633301
Cincinnati, OH 45263-3301

Oglethorpe Power Corporation
2100 E. Exchange Place
Tucker, GA 30084-5336

Oil Service, Inc.
3498 Grand Avenue
Pittsburgh, PA 15225-1508

On Time Express, Inc.
733 W. 22nd St.
Tempe, AZ 85282-1905

PPG Industries, Inc.
19699 Progress Drive
Strongsville, OH 44149-3298

PPG Industries, Inc.
P.O. Box 534991
Atlanta, GA 30353-4991

Pacesetter
P.O. Box 684005
Houston, TX 77268-4005

Paul Bogard, VP Sales & Procurement
1919 Polymer Dr.
Chattanooga, TN 37421-2204

Peter E. Strenkowski
Whitead PC
600 Travis St., Ste. 1100
Houston, TX 77002-3030

Precision Products
P.O. Box 1119
Tunnel Hill, GA 30755-1119


Precision Scales, Inc.
5829 W. Sam Houston Pkwy. N, #205
Houston, TX 77041-5156

ProStar Services
P.O. Box 110209
Carrollton, TX 75011-0209

Product Identification, Inc.
P.O. Box 13157
Research Triangle Park, NC 27709-3157


Professional Plastics, Inc.
Dept. LA 23218
Pasadena, CA 91185-3218

Prominent Transport, LLC
Bibby Transportation Finance Inc.
P.O. Box 100920
Atlanta, GA 30384-0920

Providence Engineering &
Environmental Group, LLC
1201 Main Street
Baton Rouge, LA 70802-4658


RFE Management Corporation
c/o RFE Investment Partners
36 Grove St.
New Canaan, CT 06840-5329

RIS Insulation Supply
845 Greens Parkway, Suite 150
Houston, TX 77067-4460

RPM Expedite Inc.
100 Exchange Drive
Brampton, Ontario, Canada
L6S 0C8


RPM Expedite USA
100 Exchange Drive
Brampton, Ontario, Canada
L6S 0C8
Brampton, ON

Radiant Global Logistics
733 W. 22nd St.
Tempe, AZ 85282-1905

Ready Refresh
P.O. Box 856680
Louisville, KY 40285-6680


Reily/Wesco
ABA 043000096
P.O. Box 676780
Dallas, TX 75267-6780

Rhonda Beard, VP Human Resources
1919 Polymer Dr.
Chattanooga, TN 37421-2204

Roxtec Inc.
1806 Solutions Center
Chicago, IL 60677-1008


Royal Cabling Techsus LLC
1918 Ridgewood Street
Houston, TX 77006-1729

SHRED-IT USA
28883 Network Place
Chicago, IL 60673-1288

STORE Master Funding VI, LLC
8377 E. Hartford Dr., Suite 100
Scottsdale, AZ 85255-5686


SULLIVAN-BROUGH INC
1121 E WALLACE
FORT WAYNE, IN 46803-2555

Safety RX Services & Supply Corp.
2835 E. Sam Houston Pkwy. S
Pasadena, TX 77503-4015

Safety Shoe Distributors, LLP
9330 Lawndale
Houston, TX 77012-2705


Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509

Safetywear
Sullivan-Brough, Inc.
24117 Network Place
Chicago, IL 60673-1117

Sales Force
123 Mission
San Francisco, CA 94105-1681


Sam's Club Direct
P.O. Box 530930
Atlanta, GA 30353-0930

Samuel, Son & Company, Inc.
24784 Network Place
Chicago, IL 60673-1247

Sandler Training of Chattanooga
1200 Market Street
Old Freight Depot
Chattanooga, TN 37402-2713

Schneider Electric USA, Inc.
1415 South Roselle Road
Palatine, IL 60067-7337

Schneider Electric USA, Inc.
152 Fairgrounds Road
West Kingston, RI 02892

Schneider Electric USA, Inc.
200 N. Martingale Road
Schaumburg, IL 60173-2026

Schneider Electric USA, Inc.
Tim Luksetich
3700 6th Street
Cedar Rapids, IA 52404-5403

(c)SCHWEITZER ENGINEERING LABORATORIES, INC.
ATTN: LEGAL DEPARTMENT
2440 NE HOPKINS CT
PULLMAN WA  99163-5616

Scott Machine Development Corporation
P.O. Box 88
Walton, NY 13856-0088

Service Partners
c/o Accounts Receivable
841 Great Southwest Parkway
Arlington, TX 76011-5428

Shred-It USA LLC
7734  S 133rd Street
Omaha, NE 68138-3499

Sierra Pacific Engineering & Products
4041 Via Oro Avenue
Long Beach, CA 90810-1458

Skelton Business Equipment
901 W. Main
Tomball, TX 77375-5591

South Atlantic LLC
P.O. Box 890425
Charlotte, NC 28289-0425

Southway Crane & Rigging-Atlanta, LLC d/b/a
c/o David A. Garland
Moore Clarke DuVall & Rodgers, P.C.
Post Office Drawer 71727
Albany, GA 31708-1727

Southway Crane & Rigging-Macon, LLC
222 New Dunbar Road
Byron, GA 31008-6337

Spray Pump Services, LLC
719 E. Pearce
La Porte, TX 77571

Stanley Convergent Security Solutions
Dept Ch 10651
Palatine, IL 60055-0001

State of New Hampshire
State Fire Marshall's Office
33 Hazen Drive
Concord, NH 03305-0011

Steel & Pipe Supply Co. Inc.
555 Poyntz Ave.
Manhattan, KS 66502-0126

Steel & Pipe Supply Company Inc.
P.O. Box 731266
Dallas, TX 75373-1266

Steffner Family Partnership
1724 Central Avenue
Chattanooga, TN 37408-2219

Steffner Family Partnership, L.P.
c/o Jimmy Steffner
1724 Central Avenue
Chattanooga, TN 37408-2219

Stericycle
P.O. Box 6582
Carol Stream, IL 60197-6582

Sterling Fire Protection, LLC
P.O. Box 470
Pearland, TX 77588-0470

Sterling First Aid & Safety Supply, Inc.
P.O. Box 2116
Pearland, TX 77588-2116

Steven Hudgins
Hudgins Law Firm
24 Greenway Plaza, Suite 2000
Houston, TX 77046-2444

Summit Electric Supply
P.O. Box 848345
Dallas, TX 75284-8345

Sun Coast Resources, Inc.
P.O. Box 202603
Dallas, TX 75320-2603

Sun Coast Resources, Inc.
c/o Mike Stoner
6405 Cavalcade St. Bldg. 1
Houston, TX 77026-4315

Sweetwater Valley Oil Co.
P.O. Box 537
Sweetwater, TN 37874-0537

T K Group, Inc.
Hearing Conservation Division
1781 S. Bell School Rd.
Cherry Valley, IL 61016-9338

T.R. Arnold & Associates, Inc.
4703 Chester Drive
Elkhart, IN 46516-9641

TB Philly, Inc.
400 Thomas Drive, Suite 411
Phoenixville, PA 19460-1199

TCI Energy Solutions
P.O. Box 705
Carmel, IN 46082-0705

(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

Tabco Business Forms, Inc.
1100 S. State Road 46
Terre Haute, IN 47803-9314

Tennessee American Water
P. O. Box 578
Alton, IL 62002-0578

Tennessee Roofing and Construction, Inc.
8427 Hixson Pike
Hixson, TN 37343-1557

Tennessee Valley Authority
P.O. Box 1500
Knoxville, TN 37901

Texas Dept. of Licensing & Regulation
Licensing Division
P.O. Box 12157
Austin, TX 78711-2157

Texas Towel & Supply, Inc.
P.O. Box 15128
Houston, TX 77220-5128

The Ultimate Software Group, Inc.
c/o Robert Manne
1455 North Park Drive
Weston, FL 33326-3215

Thermal Resource Sales, Inc.
P.O. Box 667
Kernersville, NC 27285-0667

Thrifty Car Rental-Commercial Billing
14501 Hertz Quail Springs Pkwy
Oklahoma City, OK 73134-2628

Thyssen Krupp Steel Services
Woodstock, AL)
P.O. Box 2625
Carol Stream, IL 60132-2625

Tri-State Electrical Contractors, Inc.
4701 Wilson Road
Building A
Chattanooga, TN 37410-2140

Trumpf, Inc.
Dept. 135
P.O. Box 150473
Hartford, CT 06115-0473

Turtle & Hughes
1900 Lower Road
Linden, NJ 07036-6586

Twelco, Inc.
15411 Treichel Road
Tomball, TX 77377-6138

U.S. Postal Service
GMF Window Service
Chattanooga, TN 37422-2147

UPS
P.O. Box 577
Carol Stream, IL 60132-0577

Uline
P.O. Box 88741
Chicago, IL 60680-1741

Ultimate Software Group, Inc.
P.O. Box 930953
Atlanta, GA 31193-0953

Ultimate Software Group, Inc. (UltiPro)
2000 Ultimate Way
Weston, FL 33326-3643

United Enertech
3005 S. Hickory Street
Chattanooga, TN 37407-1425

United Power and Control Systems, LLC
P.O. Box 446
Spring, TX 77383-0446

United Rentals (North America)
P.O. Box 100711
Atlanta, GA 30384-0711

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402-4205

Valmont Structures
3575 25th Street SE
Salem, OR 97302-1123

VisionMark Nameplate Company, LLC
P.O. Box 280
New Knoxville, OH 45871-0280

Voltech Electrical, LLC
P.O. Box 2833
Spring, TX 77383-2833

W.J. O'Neil Company
P.O. Box 2006
Chattanooga, TN 37409-0006

WCA Waste Corporation
P.O. Box 553166
Detroit, MI 48255-3166

Walker Interiors LLC
2908 8th Avenue
Chattanooga, TN 37407-1543

Waste Corporation of America
Attn: Aaron Rud
8515 Highway 6 South
Houston, TX 77083-5710


Waste Services of Tennessee
P.O. Box 180600
Chattanooga, TN 37406-7600

Weiser Security
P.O. Box 51720
New Orleans, LA 70151-1720

Wells Fargo Vendor Fin. Services
P.O. Box 105710
Atlanta, GA 30348-5710


Wells Fargo Vendor Financial Svcs., LLC
1961 Hurst Drive
Moberly, MO 65270-3046

Wex Bank
P.O. Box 5727
Carol Stream, IL 60197-5727

Whitfield Oil Company
Alice Womack, Customer Relations
PO Box 155
Chickamauga, GA 30707-0155


Whitfield Oil Company
Attn: Credit Dept
222 Industrial Dr.
P.O. Box 155
Chickamauga, GA 30707-0155

Wholesale Electric Supply
Company of Houston
P.O. Box 732778
Dallas, TX 75373-2778

Willis Insurance Services of Georgia
29727 Network Place
Chicago, IL 60673-1297


Wood Alternator and Starter
680 Aldine Mail Route
Houston, TX 77037-1748

Xerox Capital
P.O. Box 802555
Chicago, IL 60680-2555

YRC
P.O. Box 730375
Dallas, TX 75373-0375


Yale Carolinas, Inc.
dba Wheeler Material Handling
9839 S. Tryon Street
Charlotte, NC 28273-6505

m2 Lease Funds, LLC
c/o Russell S. Long
Davis & Kuelthau, s.c.
111 East Kilbourn Avenue, Ste. 1400
Milwaukee, WI 53202-6613


Joseph Greenwood
Livingstone Partners, LLC
443 N. Clark Street
Chicago, IL 60654-4540

Shaun Martin
Winter Harbor, LLC
265 Franklin Street, 10th Floor
Boston, MA 02110-3113


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


TXU Energy
P.O. Box 650638
Dallas, TX 75265-0638


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Schweitzer Engineering Laboratories, Inc.
Attn: Legal Department
2350 NE Hopkins Court
Pullman, CA 99163

(d)Jason D. Kraus
The Kraus Law Firm
5625 Cypress Creek Parkway, Ste. 308
Houston, TX 77069-4210

(d)Johnson Construction Specialties Inc.
P.O. Box 1360
Houston, TX 77251-1360

(d)Marlboro Manufacturing, Inc.
11750 Marlboro Avenue NE
Alliance, OH 44601-9798

End of Label Matrix
Mailable recipients    320
Bypassed recipients     12
Total                  332