UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | CASE NUMBER: 1:17-bk-15588-NWW |
| | ) | |
| LECTRUS CORPORATION, ET AL., | ) | CHAPTER 11 |
| | ) | |
| | ) | JOINTLY ADMINISTERED |
| DEBTORS | ) | |

MONTHLY OPERATING REPORT

FOR THE PERIOD ENDING FEBRUARY 28, 2018

COMES NOW, Lectrus Corporation, Debtor-In-Possession, and hereby submits its Monthly Operating Report

for the period commencing **February 1, 2018** and ending **February 28, 2018**, as shown by the report and exhibits

consisting of 13 pages and containing the following, as indicated:

✓   Monthly Reporting Questionnaire (Attachments 1, 2 and 3)

✓   Comparative Balance Sheets (Forms OPR-1 & OPR-2)

✓   Summary of Accounts Receivable (Form OPR-3)

✓   Schedule of Post-Petition Liabilities (Form OPR-4)

✓   Statement of Income (Loss) (Form OPR-5)

✓   Statement of Sources and Uses of Cash (Form OPR-6)

✓   Certificate of Service

  I declare under penalty of perjury that this report and all attachments are true and correct to the best of my

knowledge and belief. I also hereby certify that the original Monthly Operating Report was filed with the

Bankruptcy Court Clerk and a copy delivered to the parties as listed on the attached Certificate of Service.

Date: 3/20/2018                    DEBTOR-IN-POSSESSION

                                   By:
                                       (Signature)

                                   Name & Title:    James Beers
                                                    Vice President of Finance & IT

                                   Address:         Lectrus Corporation
                                                    1919 W. Polymer Drive
                                                    Chattanooga, TN 37421-2204

                                   Telephone No.:   (423) 553-6102

                                   Email Address:   jbeers@lectrus.com

NOTE:  These report forms are available on our website at
http://www.justice.gov/ust/r08/chattanooga/chapter11.htm

For more information, contact:
                                   Amy Culton
                                   Bankruptcy Analyst
                                   Office of U. S. Trustee
                                   31 E. 11st Street, 4th Floor
                                   Chattanooga, TN  37402
                                   (423) 752-5158
                                   Amy.J.Culton@USDOJ.GOV

CHAPTER 11                                                                                                    **ATTACHMENT 1**

**MONTHLY REPORTING QUESTIONNAIRE**

**CASE NAME: Lectrus Corporation, et al.**

CASE NUMBER: 1:17-bk-15588-NWW

MONTH ENDED: February 28, 2018

**1. Payroll:** State the amount of all executive wages paid and taxes withheld and paid during the reporting period.

| | | Wages and Other Amounts Paid | | Taxes | |
|---|---|---|---|---|---|
| Name and Tite of Executive | | Amount Due | Amount Paid | Amount Due | Amount Paid |
| Mark Arms - VP of Operations | | 13,461 | 13,461 | 4,155 | 4,155 |
| Rhonda Beard - VP of Human Resources | | 10,243 | 10,243 | 3,526 | 3,526 |
| James Beers - VP of Finance & IT | | 13,077 | 13,077 | 4,012 | 4,012 |
| Paul Bogard - VP of Sales & Procurement | | 12,715 | 12,715 | 3,662 | 3,662 |
| | Totals | 49,496 | 49,496 | 15,355 | 15,355 |

**2. Insurance:** List all insurance coverage in effect in the schedule below. If any policy has lapsed, been replaced or renewed, attach a copy of the new policy's binder or cover page indicating the amount of coverage and the expiration date.

| Type | Carrier's Name | Coverage Amount | Expiration Date | Premium Amounts | Date Coverage Paid Through |
|---|---|---|---|---|---|
| Property | Affiliated FM | 50,000,000 | 6/30/2018 | 190,129 | 1/31/2018 |
| Workers' comp. | Hartford | 1,000,000 | 6/30/2018 | 367,387 | 1/31/2018 |
| General liab. | Hartford | 2,000,000 | 6/30/2018 | 53,954 | 1/31/2018 |
| Vehicle | Hartford | 1,000,000 | 6/30/2018 | 10,726 | 1/31/2018 |
| Other (specify): | | | | | |
| Umbrella | Zurich | 25,000,000 | 6/30/2018 | 39,996 | 6/30/2018 |
| Flood - NFIP (Chattanooga) | American Bankers Ins Co (Assurant) | 100,000 | 6/30/2018 | 1,334 | 6/30/2018 |
| Flood - NFIP (Houston) | Wright National Flood Ins Co | 215,000 | 8/20/2017 | 2,683 | 8/20/2018 |
| Equipment Floater | Hanover Insurance Co | 630,000 | 1/15/2018 | 9,188 | 6/30/2018 |
| International Package | Hartford Fire Insurance Co | 2,000,000 | 6/30/2018 | 2,424 | 6/30/2018 |
| D&O, EPLI, FID | AIG Specialty Ins. Co. | 4,000,000 | 2/4/2019 | 42,000 | 2/4/2019 |
| CRIME | National Union Fire Insurance of Pittsburgh, PA | 1,000,000 | 2/4/2019 | 3,230 | 2/4/2019 |

ATTACHMENT 2

CHAPTER 11

**MONTHLY REPORTING QUESTIONNAIRE**

**CASE NAME: Lectrus Corporation, et al.**

CASE NUMBER: 1:17-bk-15588-NWW

MONTH ENDED: February 28, 2018

**3. Bank Accounts**

| | Deposits Acct | Payroll Disbursement Acct | AP Disbursement Acct | General Disbursement Acct | Lectrus Holding 2 Acct | Petty Cash | Total |
|---|---|---|---|---|---|---|---|
| Name of Bank | Regions Bank | Regions Bank | Regions Bank | Regions Bank | Regions Bank | Office | |
| Account # [last 4 digits] | 6399 | 6410 | 6845 | 6402 | 6429 | N/A | |
| Beginning book balance | 2,023,432.68 | 56,522.32 | - | - | 460.00 | - | 2,080,415.00 |
| Add: Deposits | 800,379.82 | - | - | - | - | - | 800,379.82 |
| Voided checks | | | | | | | |
| Transfers in | - | 683,873.15 | 611,132.33 | 911,357.56 | | - | 2,206,363.04 |
| Transfers in | - | - | | 0.00 | | | 0.00 |
| Less: Disbursements | | 684,086.46 | 611,132.33 | 911,357.56 | | | 2,206,576.35 |
| Transfers out | 611,132.33 | | | | | | 611,132.33 |
| Transfers out | 911,357.54 | | | | | | 911,357.54 |
| Transfers out | 683,873.15 | | | | | | 683,873.15 |
| Ending book balance | 617,449.48 | 56,309.01 | 0.00 | 0.00 | 460.00 | 0.00 | 674,218.49 |

4. Special Payments: List and explain any payments to professionals (attorneys, accountants, etc.) and payments on pre-petition debts in the schedule below (attach separate sheet if necessary).

**Lectrus Corporation**
**Account Disbursement Details - General Disbursements Account**
**2/28/2018**

| Date | Account Num | Account Name | Description | Payee | Amount |
|------|-------------|--------------|-------------|-------|--------|
| 2/9/2018 | 161876402 | General Disbursement | CHECK PAID | | (276.83) |
| 2/9/2018 | 161876402 | General Disbursement | MISCELLANEOUS FEES | Analysis Charge | (2,547.39) |
| 2/15/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Advantage Fire | (1,500.00) |
| 2/2/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Anixter Inc | (2,229.50) |
| 2/9/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Anixter Inc | (157.00) |
| 2/16/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Atex Distributing, Inc. | (6,989.00) |
| 2/22/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Atex Distributing, Inc. | (2,120.00) |
| 2/13/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Austin Hardware | (634.40) |
| 2/16/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Austin Hardware | (102.23) |
| 2/21/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | B&B Filters | (29.00) |
| 2/27/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Baker Donelson | (61,840.24) |
| 2/14/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Custom Air America Llc | (1,800.00) |
| 2/1/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Custom Air Products | (3,925.00) |
| 2/15/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Elliott Electric | (1,580.00) |
| 2/12/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Graybar America Llc | (5,343.87) |
| 2/14/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Graybar America Llc | (931.79) |
| 2/20/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Harvard Integrations, Lp | (2,024.00) |
| 2/8/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Livingstone Partners | (23,225.81) |
| 2/6/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Majestic Steel | (11,531.85) |
| 2/7/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Majestic Steel | (1,742.40) |
| 2/13/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Marvair | (325.00) |
| 2/20/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Marvair | (9,167.00) |
| 2/14/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Nc America Llc | (6,329.15) |
| 2/6/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Oneal Steel | (4,742.00) |
| 2/12/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Oneal Steel | (6,534.08) |
| 2/13/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Oneal Steel | (3,350.00) |
| 2/15/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Oneal Steel | (2,050.00) |
| 2/20/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Oneal Steel | (2,345.00) |
| 2/1/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Rexel Of America Llc | (835.71) |
| 2/2/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Rexel Of America Llc | (200.28) |
| 2/13/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Rexel Of America Llc | (4,645.55) |
| 2/14/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Rexel Of America Llc | (1,662.02) |
| 2/15/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Rexel Of America Llc | (767.85) |
| 2/1/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | RPM Expedite Inc | (69,491.66) |
| 2/7/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | RPM Expedite Inc | (40,069.78) |
| 2/12/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | RPM Expedite Inc | (31,096.76) |
| 2/13/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | RPM Expedite Inc | (450.00) |
| 2/15/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | RPM Expedite Inc | (19,200.00) |
| 2/16/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | RPM Expedite Inc | (7,150.00) |
| 2/23/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | RPM Expedite Inc | (21,327.74) |
| 2/27/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | RPM Expedite Inc | (47,550.00) |

| | | | | | |
|---|---|---|---|---|---|
| 2/5/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Uline | (301.18) |
| 2/21/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Uline | (176.43) |
| 2/20/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Ultimate Software Group Tax F | (378.46) |
| 2/15/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Willis America Llc | (47,403.50) |
| 2/15/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Willis America Llc | (43,180.00) |
| 2/8/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Willis Insurance | (2,515.00) |
| 2/9/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Willis Insurance | (1,079.00) |
| 2/1/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Winter Harbor | (25,527.14) |
| 2/8/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Winter Harbor | (22,965.30) |
| 2/20/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Winter Harbor | (25,948.67) |
| 2/22/2018 | 161876402 | General Disbursement | OUTGOING MONEY TRANSFER | Winter Harbor | (31,495.15) |
| 2/2/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Claim Fund | (30.09) |
| 2/5/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Claim Fund | (79.31) |
| 2/7/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Claim Fund | (223.00) |
| 2/7/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Claim Fund | (138.47) |
| 2/16/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Claim Fund | (25.00) |
| 2/21/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Claim Fund | (146.81) |
| 2/27/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Dbi Admin | (371.50) |
| 2/21/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Plan Fund | (223.00) |
| 2/26/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefi Plan Fund | (50.00) |
| 2/1/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (700.00) |
| 2/2/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (550.00) |
| 2/5/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (169.49) |
| 2/6/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (343.19) |
| 2/6/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (75.00) |
| 2/6/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (18.11) |
| 2/7/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (218.20) |
| 2/8/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (50.00) |
| 2/9/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (739.60) |
| 2/12/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (168.93) |
| 2/13/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (50.00) |
| 2/13/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (52.18) |
| 2/13/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (201.49) |
| 2/14/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (81.86) |
| 2/15/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (63.33) |
| 2/16/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (27.44) |
| 2/20/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (258.60) |
| 2/21/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (85.68) |
| 2/21/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (50.00) |
| 2/21/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (50.00) |
| 2/21/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (40.00) |
| 2/22/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (7.00) |
| 2/23/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (30.00) |
| 2/28/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Discovery Benefits | (368.06) |
| 2/7/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Massmutual | (27,071.60) |
| 2/12/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Massmutual | (9,161.98) |
| 2/22/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Massmutual | (26,566.12) |

| 2/26/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Massmutual | (9,080.30) |
| 2/1/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Merchant Service Merch Fee | (46.19) |
| 2/1/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Sg | (958.02) |
| 2/1/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Sg | (939.04) |
| 2/8/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Sg | (779.81) |
| 2/15/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Sg | (858.02) |
| 2/15/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Sg | (779.81) |
| 2/22/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Sg | (606.75) |
| 2/5/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar | (0.01) |
| 2/8/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar | (0.01) |
| 2/1/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar Tax Col | (48,176.56) |
| 2/1/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar Tax Col | (31,461.26) |
| 2/8/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar Tax Col | (28,800.10) |
| 2/12/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar Tax Col | (87.98) |
| 2/15/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar Tax Col | (44,565.42) |
| 2/15/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar Tax Col | (31,747.31) |
| 2/22/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar Tax Col | (20,455.62) |
| 2/22/2018 | 161876402 | General Disbursement | PREAUTHORIZED ACH DEBIT | Ultimate Softwar Tax Col | (12,740.59) |
| | | | | | (911,357.56) |

**Lectrus Corporation**
**Account Disbursement Details - AP Disbursement Account**
**2/28/2018**

| Date | Account Num | Account Name | Description | Amount |
|------|-------------|--------------|-------------|--------|
| 2/1/2018 | 104466845 | AP Disbursement | 220976 - JBS | (34.00) |
| 2/1/2018 | 104466845 | AP Disbursement | 220995 - Terminix Processing Center | (49.00) |
| 2/1/2018 | 104466845 | AP Disbursement | 220991 - Stevens Environmental Consulting | (280.69) |
| 2/1/2018 | 104466845 | AP Disbursement | 220990 - Sterling Fire Protection,LLC | (300.18) |
| 2/1/2018 | 104466845 | AP Disbursement | 220978 - Kalyn Bullock | (343.41) |
| 2/1/2018 | 104466845 | AP Disbursement | 220982 - Mobile Mini,Inc | (441.79) |
| 2/1/2018 | 104466845 | AP Disbursement | 220997 - U.S Trustee Payment Center | (650.00) |
| 2/1/2018 | 104466845 | AP Disbursement | 220952 - Amerigas-Chattanooga | (746.12) |
| 2/1/2018 | 104466845 | AP Disbursement | 220975 - InfoSystems,Inc. | (8,051.03) |
| 2/2/2018 | 104466845 | AP Disbursement | 221003 - Hamilton County Clerk | (340.75) |
| 2/2/2018 | 104466845 | AP Disbursement | 221032 - Richard Griffith | (360.00) |
| 2/2/2018 | 104466845 | AP Disbursement | 220949 - Advantage Interests,Inc. | (509.96) |
| 2/2/2018 | 104466845 | AP Disbursement | 220986 - Providence Engineering & Environmental Group,LLC | (550.00) |
| 2/2/2018 | 104466845 | AP Disbursement | 220960 - DE Lage Landen Financial Services,Inc | (739.11) |
| 2/2/2018 | 104466845 | AP Disbursement | 220918 - Federal Express/Revenue Recovery | (2,000.00) |
| 2/2/2018 | 104466845 | AP Disbursement | 220965 - EPB Fiber Optics | (3,933.87) |
| 2/5/2018 | 104466845 | AP Disbursement | 221036 - The Ultimate Software Group,Inc | (17,202.11) |
| 2/5/2018 | 104466845 | AP Disbursement | 221030 - PPG Industries,Inc | (5,748.37) |
| 2/5/2018 | 104466845 | AP Disbursement | 221044 - Weiser Security | (4,532.56) |
| 2/5/2018 | 104466845 | AP Disbursement | 221021 - Grainger | (2,661.95) |
| 2/5/2018 | 104466845 | AP Disbursement | 221042 - Waste Services of Tennessee | (761.50) |
| 2/5/2018 | 104466845 | AP Disbursement | 221016 - EAN Services LLC | (432.03) |
| 2/5/2018 | 104466845 | AP Disbursement | 220955 - C & C Industrial Sales | (356.18) |
| 2/5/2018 | 104466845 | AP Disbursement | 220921 - HR Direct/G.Neil | (78.99) |
| 2/6/2018 | 104466845 | AP Disbursement | 221017 - Electric Power Board | (15,115.64) |
| 2/6/2018 | 104466845 | AP Disbursement | 221004 - Adman Electric, Inc. | (14,910.50) |
| 2/6/2018 | 104466845 | AP Disbursement | 221031 - Rhonda Beard | (5,034.31) |
| 2/6/2018 | 104466845 | AP Disbursement | 221037 - Trumpf, Inc. | (2,169.42) |
| 2/6/2018 | 104466845 | AP Disbursement | 221006 - Batteries Plus Bulbs | (1,155.82) |
| 2/6/2018 | 104466845 | AP Disbursement | 220969 - Greenback Cost Recovery | (292.91) |
| 2/6/2018 | 104466845 | AP Disbursement | 221013 - COS Business Products | (284.94) |
| 2/6/2018 | 104466845 | AP Disbursement | 220999 - University Career Services | (125.00) |
| 2/6/2018 | 104466845 | AP Disbursement | 221035 - Stanley Convergent Security Solutions | (119.58) |
| 2/6/2018 | 104466845 | AP Disbursement | 221045 - Wheeler Marerial Handling | (62.46) |
| 2/6/2018 | 104466845 | AP Disbursement | 221011 - City Electric | (60.84) |
| 2/7/2018 | 104466845 | AP Disbursement | 221009 - Chattanooga Safety Products | (124.55) |
| 2/7/2018 | 104466845 | AP Disbursement | 221019 - Fastenal Co. | (374.47) |
| 2/7/2018 | 104466845 | AP Disbursement | 221020 - Five Star Food Service | (439.23) |
| 2/7/2018 | 104466845 | AP Disbursement | 221022 - Hubbuch Glass Company | (679.00) |
| 2/7/2018 | 104466845 | AP Disbursement | 221029 - Office Pride | (780.00) |
| 2/7/2018 | 104466845 | AP Disbursement | 221008 - Careerbuilder LLC. | (900.00) |
| 2/7/2018 | 104466845 | AP Disbursement | 221005 - Aerotek Professional  Services | (4,711.80) |
| 2/8/2018 | 104466845 | AP Disbursement | 221015 - Dynamic Security,Inc. | (2,172.24) |
| 2/8/2018 | 104466845 | AP Disbursement | 221026 - MFM Building Products Corp | (721.99) |
| 2/8/2018 | 104466845 | AP Disbursement | 221012 - Comcast | (442.68) |
| 2/8/2018 | 104466845 | AP Disbursement | 221034 - Southern Auto Body Supply | (161.00) |
| 2/8/2018 | 104466845 | AP Disbursement | 221041 - Ups | (15.45) |
| 2/9/2018 | 104466845 | AP Disbursement | 221047 - Gentry Steel,Inc | (9,300.00) |

| | | | |
|---|---|---|---|
| 2/9/2018 | 104466845 | AP Disbursement  220996 - Treasuer,State of Tennessee | (2,086.24) |
| 2/9/2018 | 104466845 | AP Disbursement  221043 - WCA Waste Corporation | (730.35) |
| 2/12/2018 | 104466845 | AP Disbursement  221081 - Weiser Security | (12,104.24) |
| 2/12/2018 | 104466845 | AP Disbursement  221074 - PPG Industries,Inc | (10,489.34) |
| 2/12/2018 | 104466845 | AP Disbursement  221038 - TXU Energy | (9,323.51) |
| 2/12/2018 | 104466845 | AP Disbursement  221050 - Brozelco, Inc. | (8,117.77) |
| 2/12/2018 | 104466845 | AP Disbursement  221014 - CT Corporation | (1,320.00) |
| 2/12/2018 | 104466845 | AP Disbursement  221023 - Kalyn Bullock | (316.28) |
| 2/12/2018 | 104466845 | AP Disbursement  221057 - Edward McDaniel | (208.46) |
| 2/12/2018 | 104466845 | AP Disbursement  221033 - Scott Smith | (166.64) |
| 2/12/2018 | 104466845 | AP Disbursement  221065 - Jeff Gallups | (135.00) |
| 2/12/2018 | 104466845 | AP Disbursement  221076 - Scott Smith | (70.00) |
| 2/12/2018 | 104466845 | AP Disbursement  221040 - UPS | (65.22) |
| 2/13/2018 | 104466845 | AP Disbursement  221059 - Fastenal Co. | (17,264.81) |
| 2/13/2018 | 104466845 | AP Disbursement  221048 - Adman Electric, Inc. | (16,615.00) |
| 2/13/2018 | 104466845 | AP Disbursement  221062 - Hewlett-Packard Financial Services Co. | (8,358.27) |
| 2/13/2018 | 104466845 | AP Disbursement  221070 - Nolan Power Group | (7,372.57) |
| 2/13/2018 | 104466845 | AP Disbursement  221058 - EPB Fiber Optics | (3,929.34) |
| 2/13/2018 | 104466845 | AP Disbursement  221060 - Goldner Associates | (3,737.93) |
| 2/13/2018 | 104466845 | AP Disbursement  221071 - Oil Service, Inc. | (3,165.12) |
| 2/13/2018 | 104466845 | AP Disbursement  221073 - Paul Bogard | (2,573.98) |
| 2/13/2018 | 104466845 | AP Disbursement  221080 - Walker Interiors LLC | (2,413.00) |
| 2/13/2018 | 104466845 | AP Disbursement  221046 - CK Supply | (1,630.22) |
| 2/13/2018 | 104466845 | AP Disbursement  221056 - EAN Services LLC | (1,590.17) |
| 2/13/2018 | 104466845 | AP Disbursement  220977 - Jeff Lockhart | (663.34) |
| 2/13/2018 | 104466845 | AP Disbursement  221079 - United Enertech | (364.05) |
| 2/13/2018 | 104466845 | AP Disbursement  220848 - CK Supply | (235.28) |
| 2/14/2018 | 104466845 | AP Disbursement  221024 - Lincoln National Life Insurance Co | (9,366.35) |
| 2/14/2018 | 104466845 | AP Disbursement  221049 - Aerotek Professional  Services | (4,569.54) |
| 2/14/2018 | 104466845 | AP Disbursement  221072 - Parker Auto Sales & Service | (937.87) |
| 2/14/2018 | 104466845 | AP Disbursement  221052 - C & C Oxygen Company | (618.84) |
| 2/14/2018 | 104466845 | AP Disbursement  221068 - McMaster-Carr Supply Co | (535.26) |
| 2/14/2018 | 104466845 | AP Disbursement  221063 - Holston Gases | (521.52) |
| 2/14/2018 | 104466845 | AP Disbursement  221075 - Precision Products | (356.00) |
| 2/14/2018 | 104466845 | AP Disbursement  220947 - Ace Hardware | (213.60) |
| 2/14/2018 | 104466845 | AP Disbursement  221055 - COS Business Products | (130.38) |
| 2/14/2018 | 104466845 | AP Disbursement  221061 - Hamilton County Clerk | (75.25) |
| 2/14/2018 | 104466845 | AP Disbursement  221067 - Keystone Automotive | (72.00) |
| 2/14/2018 | 104466845 | AP Disbursement  221053 - Chattanooga Safety Products | (54.63) |
| 2/15/2018 | 104466845 | AP Disbursement  221082 - Graybar Electric Co., Inc. | (5,658.26) |
| 2/15/2018 | 104466845 | AP Disbursement  221025 - Mark Arms | (330.56) |
| 2/15/2018 | 104466845 | AP Disbursement  221027 - Michael Hertsenberg | (178.00) |
| 2/16/2018 | 104466845 | AP Disbursement  221078 - U.S Trustee Payment Center | (6,175.00) |
| 2/20/2018 | 104466845 | AP Disbursement  221108 - PPG Industries,Inc | (21,806.01) |
| 2/20/2018 | 104466845 | AP Disbursement  221114 - Swift Industrial Power,Inc | (13,029.85) |
| 2/20/2018 | 104466845 | AP Disbursement  221085 - Aerotek Commerical Staffing | (4,638.32) |
| 2/20/2018 | 104466845 | AP Disbursement  221121 - Waste Services of Tennessee | (2,561.49) |
| 2/20/2018 | 104466845 | AP Disbursement  221066 - Jeff Lockhart | (1,616.60) |
| 2/20/2018 | 104466845 | AP Disbursement  221095 - Houston Area Safety Council | (270.00) |
| 2/20/2018 | 104466845 | AP Disbursement  221118 - Ultimate Software Group.Inc | (129.53) |
| 2/21/2018 | 104466845 | AP Disbursement  221084 - Adman Electric, Inc. | (12,826.00) |
| 2/21/2018 | 104466845 | AP Disbursement  221086 - Aflac Premium Holding | (6,898.82) |
| 2/21/2018 | 104466845 | AP Disbursement  221109 - Rhonda Beard | (6,546.67) |
| 2/21/2018 | 104466845 | AP Disbursement  221096 - Incentive Services, Inc. | (2,643.78) |

| Date | | | | Amount |
|---|---|---|---|---|
| 2/21/2018 | 104466845 | AP Disbursement | 221104 - Matheson TRI-GAS Inc. | (1,746.02) |
| 2/21/2018 | 104466845 | AP Disbursement | 221091 - COS Business Products | (1,085.36) |
| 2/21/2018 | 104466845 | AP Disbursement | 221107 - Office Pride | (780.00) |
| 2/21/2018 | 104466845 | AP Disbursement | 221087 - Air Power | (688.64) |
| 2/21/2018 | 104466845 | AP Disbursement | 221116 - Thrifty Car Rental | (649.20) |
| 2/21/2018 | 104466845 | AP Disbursement | 221106 - Nova Healthcare TN,PLLC | (494.65) |
| 2/21/2018 | 104466845 | AP Disbursement | 221117 - Trak-1 | (437.71) |
| 2/21/2018 | 104466845 | AP Disbursement | 221122 - WCA Waste Corporation | (339.42) |
| 2/21/2018 | 104466845 | AP Disbursement | 221028 - Miguel Quintanilla | (34.00) |
| 2/21/2018 | 104466845 | AP Disbursement | 221092 - Digi-Key Electronics 1287050 | (5.73) |
| 2/22/2018 | 104466845 | AP Disbursement | 221093 - DSI | (7,156.25) |
| 2/22/2018 | 104466845 | AP Disbursement | 221018 - Excel Industrial Group,LLC | (3,795.27) |
| 2/22/2018 | 104466845 | AP Disbursement | 221113 - Stanley Convergent Security Solutions | (1,136.82) |
| 2/22/2018 | 104466845 | AP Disbursement | 221101 - Manmohan Bhatia | (998.07) |
| 2/22/2018 | 104466845 | AP Disbursement | 221110 - Salvador Aviles | (808.50) |
| 2/22/2018 | 104466845 | AP Disbursement | 221119 - United Way | (553.46) |
| 2/22/2018 | 104466845 | AP Disbursement | 221111 - Sears Shoe Store | (170.00) |
| 2/22/2018 | 104466845 | AP Disbursement | 221089 - Chattanooga Safety Products | (156.01) |
| 2/22/2018 | 104466845 | AP Disbursement | 221077 - Southern Auto Body Supply | (131.97) |
| 2/22/2018 | 104466845 | AP Disbursement | 221120 - United Way of Greater Houston | (30.00) |
| 2/23/2018 | 104466845 | AP Disbursement | 221103 - Marlboro Manufacturing, Inc. | (320.04) |
| 2/23/2018 | 104466845 | AP Disbursement | 221151 - Jennice Gates | (35.00) |
| 2/23/2018 | 104466845 | AP Disbursement | 221064 - JBS | (22.50) |
| 2/26/2018 | 104466845 | AP Disbursement | 221088 - Blue Cross & Blue Shield of Tennessee | (120,275.85) |
| 2/26/2018 | 104466845 | AP Disbursement | 221167 - Verizon Wireless | (6,785.79) |
| 2/26/2018 | 104466845 | AP Disbursement | 221140 - Dynamic Security,Inc. | (6,516.72) |
| 2/26/2018 | 104466845 | AP Disbursement | 221131 - Brozelco, Inc. | (5,888.56) |
| 2/26/2018 | 104466845 | AP Disbursement | 221156 - PPG Industries,Inc | (4,948.68) |
| 2/26/2018 | 104466845 | AP Disbursement | 221146 - Grainger | (3,058.21) |
| 2/26/2018 | 104466845 | AP Disbursement | 221115 - Tennessee American Water | (718.54) |
| 2/26/2018 | 104466845 | AP Disbursement | 221010 - Cindy Milam | (164.28) |
| 2/26/2018 | 104466845 | AP Disbursement | 221090 - Cindy Milam | (24.13) |
| 2/26/2018 | 104466845 | AP Disbursement | 221134 - Cindy Milam | (20.47) |
| 2/27/2018 | 104466845 | AP Disbursement | 221142 - Electric Power Board | (18,114.05) |
| 2/27/2018 | 104466845 | AP Disbursement | 221124 - Aerotek Commerical Staffing | (15,512.08) |
| 2/27/2018 | 104466845 | AP Disbursement | 221100 - Lincoln National Life Insurance Co | (14,132.42) |
| 2/27/2018 | 104466845 | AP Disbursement | 221123 - Adman Electric, Inc. | (12,507.50) |
| 2/27/2018 | 104466845 | AP Disbursement | 221162 - Specific Systems, Ltd. | (11,748.60) |
| 2/27/2018 | 104466845 | AP Disbursement | 221154 - Nolan Power Group | (6,309.00) |
| 2/27/2018 | 104466845 | AP Disbursement | 221148 - Industrial Air & Mechanical,LLC | (3,360.59) |
| 2/27/2018 | 104466845 | AP Disbursement | 221125 - Air Power | (1,074.09) |
| 2/27/2018 | 104466845 | AP Disbursement | 221155 - Office Pride | (881.60) |
| 2/27/2018 | 104466845 | AP Disbursement | 221105 - Michael Hertsenberg | (297.71) |
| 2/27/2018 | 104466845 | AP Disbursement | 221165 - Trumpf, Inc. | (274.47) |
| 2/27/2018 | 104466845 | AP Disbursement | 221141 - Edward McDaniel | (249.79) |
| 2/27/2018 | 104466845 | AP Disbursement | 221159 - Sears Shoe Store | (170.00) |
| 2/27/2018 | 104466845 | AP Disbursement | 221137 - COS Business Products | (107.10) |
| 2/27/2018 | 104466845 | AP Disbursement | 221128 - Batteries Plus Bulbs | (89.99) |
| 2/27/2018 | 104466845 | AP Disbursement | 221130 - Brian Higgins | (68.71) |
| 2/27/2018 | 104466845 | AP Disbursement | 220845 - Ryan Bagley | (52.92) |
| 2/27/2018 | 104466845 | AP Disbursement | 221112 - Shaun Bagley | (397.88) |
| 2/28/2018 | 104466845 | AP Disbursement | 221133 - Chattanooga Gas Company | (11,087.61) |
| 2/28/2018 | 104466845 | AP Disbursement | 221138 - Crawford Electric Supply Company | (7,932.50) |
| 2/28/2018 | 104466845 | AP Disbursement | 221143 - Fastenal Co. | (4,554.31) |

| 2/28/2018 | 104466845 | AP Disbursement | 221147 - Holston Gases | (688.32) |
| 2/28/2018 | 104466845 | AP Disbursement | 221094 - Hampton Inn & Suites Chattanooga | (626.10) |
| 2/28/2018 | 104466845 | AP Disbursement | 221126 - Aramark | (581.18) |
| 2/28/2018 | 104466845 | AP Disbursement | 221163 - Temperature Alert | (540.00) |
| 2/28/2018 | 104466845 | AP Disbursement | 221136 - Comcast | (455.11) |
| 2/28/2018 | 104466845 | AP Disbursement | 221168 - CK Supply | (106.25) |
| 2/28/2018 | 104466845 | AP Disbursement | 221152 - McMaster-Carr Supply Co | (97.50) |
| 2/28/2018 | 104466845 | AP Disbursement | 221098 - Jamie Hubbard | (40.03) |
| 2/28/2018 | 104466845 | AP Disbursement | 221139 - Digi-Key Electronics 1287050 | (35.38) |
| | | | | **(611,132.33)** |

**Lectrus Corporation**
**Account Disbursement Details - Payroll Account**
**2/28/2018**

| Date | Account Num | Account Name | Description | Amount |
|------|-------------|--------------|-------------|--------|
| 2/1/2018 | 161876410 | Payroll Disbursements | Dominion Building Prod | (6,778.15) |
| 2/2/2018 | 161876410 | Payroll Disbursements | Electric Motor Sales | (6,732.49) |
| 2/2/2018 | 161876410 | Payroll Disbursements | March Adams | (2,100.00) |
| 2/5/2018 | 161876410 | Payroll Disbursements | Paul Bogard | (5,000.00) |
| 2/5/2018 | 161876410 | Payroll Disbursements | Payroll | (552.00) |
| 2/6/2018 | 161876410 | Payroll Disbursements | Dominion Building Prod | (6,385.61) |
| 2/6/2018 | 161876410 | Payroll Disbursements | TR Arnold | (600.00) |
| 2/7/2018 | 161876410 | Payroll Disbursements | Payroll | (73,584.44) |
| 2/7/2018 | 161876410 | Payroll Disbursements | Service Partners | (4,467.62) |
| 2/9/2018 | 161876410 | Payroll Disbursements | Dominion Building Prod | (730.13) |
| 2/9/2018 | 161876410 | Payroll Disbursements | March Adams | (4,500.00) |
| 2/9/2018 | 161876410 | Payroll Disbursements | Payroll | (384.00) |
| 2/9/2018 | 161876410 | Payroll Disbursements | Payroll | (174.00) |
| 2/12/2018 | 161876410 | Payroll Disbursements | Service Partners | (318.34) |
| 2/14/2018 | 161876410 | Payroll Disbursements | Payroll | (120,418.85) |
| 2/14/2018 | 161876410 | Payroll Disbursements | Payroll | (81,780.22) |
| 2/14/2018 | 161876410 | Payroll Disbursements | Dominion Building Prod | (5,432.72) |
| 2/15/2018 | 161876410 | Payroll Disbursements | Dominion Building Prod | (1,089.57) |
| 2/15/2018 | 161876410 | Payroll Disbursements | TR Arnold | (1,875.00) |
| 2/16/2018 | 161876410 | Payroll Disbursements | March Adams | (1,500.00) |
| 2/20/2018 | 161876410 | Payroll Disbursements | Gexpro | (4,851.37) |
| 2/20/2018 | 161876410 | Payroll Disbursements | Payroll | (1,713.58) |
| 2/20/2018 | 161876410 | Payroll Disbursements | Payroll | (684.00) |
| 2/21/2018 | 161876410 | Payroll Disbursements | Payroll | (57,272.37) |
| 2/21/2018 | 161876410 | Payroll Disbursements | Payroll | (22,817.27) |
| 2/21/2018 | 161876410 | Payroll Disbursements | TR Arnold | (2,000.00) |
| 2/21/2018 | 161876410 | Payroll Disbursements | Service Partners | (1,161.68) |
| 2/21/2018 | 161876410 | Payroll Disbursements | O'Neal Steel, Inc. | (7,304.00) |
| 2/21/2018 | 161876410 | Payroll Disbursements | Gexpro | (4,851.37) |
| 2/22/2018 | 161876410 | Payroll Disbursements | Majestic Steel | (24,695.83) |
| 2/22/2018 | 161876410 | Payroll Disbursements | O'Neal Steel, Inc. | (7,117.40) |
| 2/22/2018 | 161876410 | Payroll Disbursements | TR Arnold | (1,200.00) |
| 2/23/2018 | 161876410 | Payroll Disbursements | Purafil | (7,885.00) |
| 2/23/2018 | 161876410 | Payroll Disbursements | O'Neal Steel, Inc. | (2,320.48) |
| 2/23/2018 | 161876410 | Payroll Disbursements | March Adams | (1,500.00) |
| 2/23/2018 | 161876410 | Payroll Disbursements | Gexpro | (739.46) |
| 2/23/2018 | 161876410 | Payroll Disbursements | Payroll | (92.00) |
| 2/26/2018 | 161876410 | Payroll Disbursements | Assa Abloy | (2,326.51) |

| 2/26/2018 | 161876410 | Payroll Disbursements | O'Neal Steel, Inc. | (4,233.60) |
| 2/26/2018 | 161876410 | Payroll Disbursements | Gexpro | (937.05) |
| 2/27/2018 | 161876410 | Payroll Disbursements | Graybar | (1,125.01) |
| 2/27/2018 | 161876410 | Payroll Disbursements | Gexpro | (913.97) |
| 2/27/2018 | 161876410 | Payroll Disbursements | O'Neal Steel, Inc. | (1,147.00) |
| 2/28/2018 | 161876410 | Payroll Disbursements | Payroll | (116,452.51) |
| 2/28/2018 | 161876410 | Payroll Disbursements | Payroll | (62,447.22) |
| 2/28/2018 | 161876410 | Payroll Disbursements | Majestic Steel | (9,706.73) |
| 2/28/2018 | 161876410 | Payroll Disbursements | Graybar | (767.41) |
| 2/28/2018 | 161876410 | Payroll Disbursements | Electric Motor Sales | (8,794.99) |
| 2/28/2018 | 161876410 | Payroll Disbursements | Gexpro | (2,625.51) |
| | | | | **(684,086.46)** |

CASE NAME: Lectrus Corporation, et al.

ATTACHMENT 3

CASE NUMBER: 1:17-bk-15588-NWW

MONTH ENDED: February 28, 2018

Has any property of the debtor been sold or otherwise transferred other than in the ordinary course of the debtor's business?



| YES: | NO: ✔ |

If so, give a description of the property, to whom it was transferred, the date of the transfer, costs and expenses associated with the transfer (including all seller closing costs and loan payoff amounts) and the net amount received. If available, attach a copy of the settlement statement associated with the closing.

CASE NAME: Lectrus Corporation, et al.
CASE NUMBER: 1:17-bk-15588-NWW
MONTH ENDED: February 28, 2018

COMPARATIVE BALANCE SHEETS

FORM OPR-1

| | | 12/6/2017 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---|---|---|---|---|
| ASSETS | | | | | | | | |
| CURRENT ASSETS | | | | | | | | |
| Cash | | 739,548 | 1,646,303 | 2,080,416 | 674,218 | | | |
| Accounts receivable, net | | 5,249,060 | 4,173,702 | 1,644,928 | 2,724,863 | | | |
| Inventory, at lower of cost or market | (2) | 3,800,535 | 4,141,593 | 4,881,306 | 4,400,325 | | | |
| Prepaid expenses and deposits | | 312,753 | 358,277 | 441,863 | 450,469 | | | |
| Other: | | 0 | | | | | | |
| Example | | 0 | | | | | | |
| TOTAL CURRENT ASSETS | | 10,101,896 | 10,319,875 | 9,048,513 | 8,249,875 | 0 | 0 | 0 |
| PROPERTY, PLANT AND EQUIPMENT, AT COST | | 15,863,936 | 15,863,936 | 15,863,936 | 15,863,936 | | | |
| Less accumulated depreciation | | (12,744,793) | (12,799,254) | (12,853,506) | (12,907,736) | | | |
| NET PROPERTY, PLANT AND EQUIPMENT | (3) | 3,119,143 | 3,064,682 | 3,010,430 | 2,956,200 | 0 | 0 | 0 |
| OTHER ASSETS | | | | | | | | |
| Example -  Intangible Assets | (1) | 1,716,054 | 1,549,181 | 1,477,542 | 1,385,071 | | | |
| Example | | | | | | | | |
| Example | | | | | | | | |
| TOTAL ASSETS | | 14,937,093 | 14,933,738 | 13,536,485 | 12,591,146 | 0 | 0 | 0 |

(1) Intangible Assets (customer lists) perceived to have no value at time of filing & reported as such on Form 206 A/B.
(2) Differs from DEC 7, 2017 Form 206 A/B filing due to impact of account activity posted to GL after filing date.
(3) Differs from DEC 7, 2017 Form 206 A/B filing due to schedule A/B formulas and assigned values.

CASE NAME: Lectrus Corporation, et al.                     COMPARATIVE BALANCE SHEETS                                    FORM OPR-2

CASE NUMBER: 1:17-bk-15588-NWW

MONTH ENDED: February 28, 2018

| | | 12/6/2017 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | | |
| POST-PETITION LIABILITIES | | 0 | 305,009 | 275,896 | 202,362 | | | |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Secured debt (petition schedule D) | (1) | 19,419,571 | 19,655,390 | 19,655,390 | 19,655,390 | | | |
| Priority debt (petition schedule E) | | 333,393 | 333,393 | 333,393 | 333,393 | | | |
| Unsecured debt (petition schedule F) | | 15,516,542 | 15,516,542 | 15,516,542 | 15,516,542 | | | |
| Other: | (3) | 2,995,827 | 3,102,056 | 2,325,711 | 2,231,771 | | | |
| TOTAL PRE-PETITION LIABILITIES | | 38,265,333 | 38,607,381 | 37,831,036 | 37,737,096 | 0 | 0 | 0 |
| TOTAL LIABILITIES | | 38,265,333 | 38,912,390 | 38,106,932 | 37,939,458 | 0 | 0 | 0 |
| SHAREHOLDERS' EQUITY (DEFICIT) | | | | | | | | |
| PREFERRED STOCK | | 37,333,192 | 37,612,068 | 37,890,943 | 38,169,818 | | | |
| COMMON STOCK | | 93,114 | 93,114 | 93,114 | 93,114 | | | |
| PAID-IN CAPITAL | | 44,728,691 | 44,728,691 | 44,728,691 | 44,728,691 | | | |
| RETAINED EARNINGS | | | | | | | | |
| As of filing date - 12/7/2017 | (2) | (105,483,237) | (105,483,237) | (105,483,237) | (105,483,237) | | | |
| Post filing date - 12/7/2017 | | 0 | (929,288) | (1,799,958) | (2,856,698) | | | |
| TOTAL SHAREHOLDERS' EQUITY | | (23,328,240) | (23,978,652) | (24,570,447) | (25,348,312) | 0 | 0 | 0 |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | | 14,937,093 | 14,933,738 | 13,536,485 | 12,591,146 | 0 | 0 | 0 |

(1) Differs from G/L due to Schedule D calculation of "claim".

(2) Differs from G/L due to Schedules D/E/F calculations of claims and liabilities.

(3) Differs from filing and from G/L due to Schedule requirements; includes project-related 'Billings in excess of costs & earnings' and A/P accruals
related to project costs.

CASE NAME: Lectrus Corporation, et al.  **SUMMARY OF ACCOUNTS RECEIVABLE**  FORM OPR-3

CASE NUMBER: 1:17-bk-15588-NWW

MONTH ENDED: February 28, 2018

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| 12/6/2017 | 5,418,060 | 4,905,313 | 4,581 | 0 | 508,166 |
| Allowance for doubtful accounts | (169,000) | | | | |
| Dec-2017 | 4,173,702 | 4,059,108 | 95,628 | 4,581 | 14,384 |
| Allowance for doubtful accounts | 0 | | | | |
| Jan-2018 | 1,644,928 | 1,440,035 | 119,199 | 82,420 | 3,274 |
| Allowance for doubtful accounts | 0 | | | | |
| Feb-2018 | 2,724,863 | 2,356,632 | 332,713 | 13,424 | 22,094 |
| Allowance for doubtful accounts | 0 | | | | |
| Mar-2018 | 0 | | | | |
| Allowance for doubtful accounts | | | | | |
| Apr-2018 | 0 | | | | |
| Allowance for doubtful accounts | | | | | |
| May-2018 | 0 | | | | |
| Allowance for doubtful accounts | | | | | |

NOTE:  Total accounts receivable less allowance for doubtful accounts must agree with Accounts Receivable on OPR-1.

**CASE NAME: Lectrus Corporation, et al.**          SCHEDULE OF POST PETITION LIABILITIES          FORM OPR-4

CASE NUMBER: 1:17-bk-15588-NWW

MONTH ENDED: February 28, 2018

| | | PURPOSE | DATE INCURRED | DATE DUE | TOTAL AMOUNT DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|---|
| **Taxes Payable:** | | | | | | | | | |
| Payroll tax | | | | | | | | | |
| | Employer | ER FICA/SS/FUTA/SUTA | (var FEB 2018) | 2/28/2018 | 8,594 | 8,594 | | | |
| | Employee | EE FICA / SS | (var FEB 2018) | 2/28/2018 | 24,891 | 24,891 | | | |
| [Total paid during current period  549,096  ] | | | | | | | | | |
| Sales tax | N/A | | | | 0 | 0 | | | |
| Property tax | | TX & TN locations | (var. 2017) | 2/28/2018 | 31,759 | 31,759 | | | |
| **Post-Petition Loans to Debtor (requires Court order):** | | | | | | | | | |
| Secured loans | | Working Capital | 12/13/2017 | | 0 | 0 | | | |
| Unsecured loans | N/A | | | | 0 | 0 | | | |
| Accrued interest on above loans | | | N/A | | 0 | 0 | | | |
| **Trade Accounts Payable & Other:** | | | | | | | | | |
| (itemize): | | | | | | | | | |
| See attached list | | Operating supp & exp | (var 2018) | 2/28/2018 | 137,118 | 137,118 | | | |
| TOTALS | | | | | 202,362 | 202,362 | 0 | 0 | 0 |

* Attach separate page if necessary.

CASE NAME: Lectrus Corporation, et al.                **STATEMENT OF INCOME (LOSS)**                FORM OPR-5

CASE NUMBER: 1:17-bk-15588-NWW

MONTH ENDED: February 28, 2018

| | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Filing To Date |
|---|---|---|---|---|---|---|---|
| GROSS REVENUE - INCOME | 1,376,969 | 1,409,686 | 1,076,072 | | | | 3,862,727 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | 561,618 | 468,910 | 448,771 | | | | 1,479,299 |
| Labor - Direct | 284,244 | 339,542 | 311,686 | | | | 935,472 |
| Manufacturing Overhead | 180,678 | 284,380 | 236,566 | | | | 701,624 |
| Underallocated Overhead | 334,718 | 479,961 | 409,554 | | | | 1,224,233 |
| TOTAL COST OF GOODS SOLD | 1,361,258 | 1,572,793 | 997,023 | 0 | 0 | 0 | 3,116,395 |
| GROSS PROFIT | 15,711 | (163,107) | 79,049 | 0 | 0 | 0 | 746,332 |
| OPERATING EXPENSES | | | | | | | |
| Selling and Marketing | 134,563 | 96,032 | 140,667 | | | | 371,262 |
| General and Administrative | 520,956 | 325,125 | 714,652 | | | | 1,560,733 |
| Other: _____ | | | | | | | |
| TOTAL OPERATING EXPENSES | 655,519 | 421,157 | 855,319 | 0 | 0 | 0 | 1,931,995 |
| INCOME BEFORE INTEREST, DEPRECIATION, TAXES OR EXTRAORDINARY EXPENSES | (639,808) | (584,264) | (776,270) | 0 | 0 | 0 | (2,000,342) |
| INTEREST EXPENSE | 235,019 | 232,153 | 226,241 | | | | 693,413 |
| DEPRECIATION | 54,461 | 54,252 | 54,230 | | | | 162,943 |
| AMORTIZATION | 87,369 | 87,369 | 87,369 | | | | 262,107 |
| INCOME TAX EXPENSE (BENEFIT) | - | | | | | | - |
| EXTRAORDINARY INCOME (EXPENSE) * | - | | | | | | - |
| NET INCOME (LOSS) ** | (929,288) | (870,669) | (1,056,741) | 0 | 0 | 0 | (2,856,698) |

**NOTE: DEC 2017** reported as a full month due to 'revenue rcognition' (percentage of completion) restrictions in the accounting system.

**CASE NAME: Lectrus Corporation, et al.**

CASE NUMBER: 1:17-bk-15588-NWW

MONTH ENDED: February 28, 2018

STATEMENT OF SOURCES AND USES OF CASH                    FORM OPR-6

| | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 |
|---|---|---|---|---|---|---|
| SOURCES OF CASH | | | | | | |
| Income (Loss) From Operations | (929,288) | (870,669) | (1,056,741) | | | |
| Add: Depreciation, Amortization | | | | | | |
| & Other Non-Cash Items | 376,849 | 373,774 | 367,840 | | | |
| CASH GENERATED FROM OPERATIONS | (552,439) | (496,895) | (688,901) | 0 | 0 | 0 |
| Add: Decrease in Assets: | | | | | | |
| Accounts Receivable | 1,075,358 | 2,528,774 | - | | | |
| Inventory | - | - | 480,981 | | | |
| Prepaid Expenses & Deposits | - | - | - | | | |
| Property, Plant & Equipment | - | 54,252 | 54,230 | | | |
| Other: Intangible Assets | 359,180 | 71,639 | 92,471 | | | |
| Increase in Liabilities: | | | | | | |
| Pre-Petition Liabilities | 106,229 | - | - | | | |
| Post-Petition Liabilities | 305,009 | - | | | | |
| TOTAL SOURCES OF CASH (A) | 1,293,337 | 2,157,770 | (61,219) | 0 | 0 | 0 |
| USES OF CASH | | | | | | |
| Increase in Assets: | | | | | | |
| Accounts Receivable | - | - | 1,079,935 | | | |
| Notes Receivable & Advances | - | - | - | | | |
| Inventory | 341,058 | 739,713 | - | | | |
| Prepaid Expenses & Deposits | 45,524 | 83,586 | 8,606 | | | |
| Property, Plant & Equipment | - | - | - | | | |
| Other | - | 94,900 | 182,904 | | | |
| Decrease in Liabilities: | | | | | | |
| Pre-Petition Liabilities | - | 776,345 | - | | | |
| Post-Petition Liabilities | - | 29,113 | 73,534 | | | |
| TOTAL USES OF CASH (B) | 386,582 | 1,723,657 | 1,344,979 | 0 | 0 | 0 |
| NET SOURCE (USE) OF CASH (A-B=NET) | 906,755 | 434,113 | (1,406,198) | 0 | 0 | 0 |
| CASH - BEGINNING BALANCE | 739,548 | 1,646,303 | 2,080,416 | 674,218 | 674,218 | 674,218 |
| CASH - ENDING BALANCE | 1,646,303 | 2,080,416 | 674,218 | 674,218 | 674,218 | 674,218 |

**CERTIFICATE OF SERVICE**

*[to be completed by attorney for debtor]*

Copies of the foregoing Monthly Operating Report have been sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt. All other interested parties and creditors listed below and/or on the attached mailing matrix will be

served by regular U.S. mail.

Done this  20th  day of  March         , 20 18 .

/s/ Justin Sveadas
(Signature)
Justin Sveadas, BPR 022305
(Printed name)
633 Chestnut Street, Suite 1900
(Street address)
Chattanooga, TN  37450
(City, state, zip)
(423) 209-4184
(Telephone)

COPIES MAILED TO:
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

United States Attorney
1110 Market Street, Suite 301
Chattanooga, Tennessee 37402

Members of Creditors Committee
(if applicable list names and
addresses on separate sheet)

**Lectrus Corporation**
**Post-Petition A/P**
**at FEB 28, 2018**

| Name | Invoice | Line | PO | Line | Release | plier Agent N | Amount | Balance | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| Adman Electric, Inc. | 3276 | 1 | 140360 | 1 |  | 1 | 12,334.00 | 12,334.00 | 2/21/2018 |
| Aerotek Commerical Staffing | CE04832697 | 1 | 0 | 0 |  | 0 | 1,695.20 | 1,695.20 | 2/1/2017 |
| ASSA ABLOY | 19678449RI | 1 | 140023 | 1 |  | 1 | 211.30 | 211.30 | 1/31/2018 |
| ASSA ABLOY | 19678451RI | 1 | 140004 | 1 |  | 1 | 30.00 | 30.00 | 1/31/2018 |
| ASSA ABLOY | 19681881RI | 1 | 140161 | 1 |  | 1 | 13.32 | 13.32 | 2/1/2018 |
| ASSA ABLOY | 19681882RI | 1 | 140166 | 1 |  | 1 | 18.31 | 18.31 | 2/1/2018 |
| ASSA ABLOY | 19691924RI | 1 | 139724 | 4 |  | 1 | 4,020.30 | 107.06 | 2/6/2018 |
| Atex Distributing, Inc. | 5034305 | 1 | 139531 | 1 |  | 1 | 485.00 | 485.00 | 12/25/2017 |
| Atex Distributing, Inc. | 5034544 | 1 | 139899 | 1 |  | 1 | 470.00 | 470.00 | 1/10/2018 |
| Atex Distributing, Inc. | 5034638 | 1 | 139268 | 1 |  | 1 | 770.78 | 770.78 | 1/16/2018 |
| C & C Oxygen Company | 69115 | 1 | 140406 | 1 |  | 1 | 422.50 | 422.50 | 2/22/2018 |
| Callahan Mechanical Contractors,Inc | 34808 | 1 | 139211 | 1 |  | 1 | 10,940.00 | 10,940.00 | 2/14/2018 |
| Chattanooga Fire Protection | 61256 | 1 | 140264 | 1 |  | 1 | 311.36 | 311.36 | 2/13/2018 |
| Elliott Electric Supply | 108-33601-01 | 1 | 139534 | 1 |  | 1 | 6,297.04 | 6,297.04 | 12/13/2017 |
| Gexpro | S120295660.0 | 1 | 139919 | 7 |  | 1 | 442.98 | 442.98 | 1/25/2018 |
| Graybar Electric Co., Inc. | 9301976448 | 1 | 139828 | 7 |  | 1 | 278.00 | 278.00 | 1/12/2018 |
| Graybar Electric Co., Inc. | 9302057698 | 1 | 139908 | 1 |  | 1 | 477.12 | 477.12 | 1/18/2018 |
| Graybar Electric Co., Inc. | 9302080187 | 1 | 139947 | 1 |  | 1 | 1,680.78 | 1,680.78 | 1/19/2018 |
| Graybar Electric Co., Inc. | 9302149344 | 1 | 140006 | 6 |  | 1 | 284.56 | 284.56 | 1/24/2018 |
| Graybar Electric Co., Inc. | 9302173519 | 1 | 140089 | 1 |  | 1 | 19.11 | 19.11 | 1/25/2018 |
| Graybar Electric Co., Inc. | 9302173520 | 1 | 139860 | 16 |  | 1 | 209.12 | 209.12 | 1/25/2018 |
| Graybar Electric Co., Inc. | 9302173522 | 1 | 140030 | 4 |  | 1 | 430.16 | 430.16 | 1/25/2018 |
| Graybar Electric Co., Inc. | 9302195881 | 1 | 139860 | 16 |  | 1 | 627.36 | 627.36 | 1/26/2018 |
| Graybar Electric Co., Inc. | 9302289298 | 1 | 139860 | 15 |  | 1 | 50.00 | 50.00 | 2/1/2018 |
| Graybar Electric Co., Inc. | 9302290601 | 1 | 139788 | 27 |  | 1 | 15.00 | 15.00 | 2/1/2015 |
| Graybar Electric Co., Inc. | 9302317106 | 1 | 140089 | 5 |  | 1 | 72.00 | 72.00 | 2/2/2018 |
| Graybar Electric Co., Inc. | 9302409110 | 1 | 140099 | 3 |  | 1 | 136.20 | 136.20 | 2/8/2018 |
| Graybar Electric Co., Inc. | 9302431605 | 1 | 140235 | 1 |  | 1 | 8,646.91 | 8,646.91 | 2/9/2018 |
| Graybar Electric Co., Inc. | 9302431606 | 1 | 140235 | 2 |  | 1 | 382.50 | 382.50 | 2/9/2018 |
| Graybar Electric Co., Inc. | 9302438799 | 1 | 140251 | 2 |  | 1 | 675.13 | 675.13 | 2/9/2018 |
| Graybar Electric Co., Inc. | 9302500216 | 1 | 140267 | 6 |  | 1 | 87.17 | 87.17 | 2/14/2018 |
| Graybar Electric Co., Inc. | 9302500220 | 1 | 140267 | 1 |  | 1 | 226.05 | 226.05 | 2/14/2018 |
| Home Depot-Chattanooga | 2061663 | 1 | 139719 | 1 |  | 1 | 93.69 | 93.69 | 12/7/2017 |
| Home Depot-Chattanooga | 3402342 | 1 | 139858 | 1 |  | 1 | 298.29 | 298.29 | 12/26/2017 |
| Home Depot-Chattanooga | 8631223 | 1 | 0 | 0 |  | 0 | 220.87 | 220.87 | 12/7/2017 |
| Industrial Safety Training Council | 1607722 | 1 | 0 | 0 |  | 0 | 150.00 | 150.00 | 1/20/2018 |
| JBS | 3898 | 1 | 140376 | 1 |  | 1 | 62.35 | 62.35 | 2/19/2018 |
| Keystone Automotive | FG722098 | 1 | 140366 | 1 |  | 1 | 72.00 | 72.00 | 2/21/2018 |
| Kloeckner Metals Corp-ALP | 8178156 | 1 | 140092 | 1 |  | 1 | 2,774.25 | 4.00 | 2/5/2018 |
| Livingstone Partners,LLC | 1191 | 1 | 0 | 0 |  | 0 | 25,806.45 | 2,580.64 | 1/18/2018 |
| Mobile Mini,Inc | 9003603583 | 1 | 125584 | 51 |  | 1 | 140.43 | 140.43 | 1/19/2018 |
| Mobile Modular Management | 1539523 | 1 | 0 | 0 |  | 0 | 2,007.00 | 2,007.00 | 1/20/2018 |
| Mobile Modular Management | 1557508 | 1 | 0 | 0 |  | 0 | 3,616.14 | 3,616.14 | 2/8/2018 |
| Mobile Modular Management | 1565857 | 1 | 0 | 0 |  | 0 | 2,007.00 | 2,007.00 | 2/19/2018 |
| Net Star Internet | INV00000336( | 1 | 0 | 0 |  | 0 | (31.56) | (31.56) | 2/1/2018 |
| O'Neal Steel, Inc. - Tennessee | 20650867 SO | 1 | 140306 | 6 |  | 1 | 3,350.00 | 3,350.00 | 2/14/2016 |
| Resourse Communications,Inc | 39536 | 1 | 0 | 0 |  | 0 | 4,492.50 | 4,492.50 | 2/14/2018 |
| Resourse Communications,Inc | 39536A | 1 | 0 | 0 |  | 0 | 4,492.50 | 4,492.50 | 2/14/2018 |
| RPM Expedite Inc. | RPMDAL-345: | 1 | 139790 | 1 |  | 1 | 125.73 | 125.73 | 12/18/2017 |
| RPM Expedite Inc. | RPMDAL-348: | 1 | 139872 | 1 |  | 1 | 317.43 | 317.43 | 12/18/2017 |
| RPM Expedite Inc. | RPMDAL-349: | 1 | 139581 | 1 |  | 1 | 2,600.00 | 2,600.00 | 12/18/2017 |
| RPM Expedite Inc. | RPMDAL-357: | 1 | 139910 | 1 |  | 1 | 301.97 | 301.97 | 12/18/2017 |
| RPM Expedite Inc. | RPMDAL-358: | 1 | 139687 | 1 |  | 1 | 1,150.00 | 1,150.00 | 12/18/2017 |
| RPM Expedite Inc. | RPMDAL-358- | 2 | 140115 | 3 |  | 1 | 575.00 | 575.00 | 12/18/2017 |
| RPM Expedite Inc. | RPMDAL-358- | 1 | 140115 | 2 |  | 1 | 575.00 | 575.00 | 12/18/2017 |
| Service Partners | 6325581 | 1 | 139691 | 1 |  | 1 | 3,752.76 | 1.19 | 12/8/2017 |
| Service Partners | 6407057 | 1 | 140225 | 3 |  | 1 | 2,563.73 | 2,563.73 | 2/13/2018 |
| Steffiner Family Partnership | 129507 | 1 | 0 | 0 |  | 0 | 3,280.20 | 3,280.20 | 2/22/2018 |
| Steffiner Family Partnership | 129508 | 1 | 0 | 0 |  | 0 | 1,045.69 | 1,045.69 | 2/22/2018 |
| Steffiner Family Partnership | 129509 | 1 | 0 | 0 |  | 0 | 7,000.21 | 7,000.21 | 2/22/2018 |
| T.R. Arnold & Associates, Inc. | 18-0069 | 1 | 140219 | 1 |  | 1 | 2,000.00 | 2,000.00 | 2/6/2018 |
| Wills Insurance Services of Georgia | 1795424 | 1 | 0 | 0 |  | 0 | 36,713.00 | 36,713.00 | 1/25/2018 |
| Wills Insurance Services of Georgia | 1824740 | 1 | 0 | 0 |  | 0 | 6,467.00 | 6,467.00 | 1/25/2018 |

**137,118.02**

Additional parties served:

Peter E. Strenkowski and Sean B. Davis
Winstead PC
Attorneys for Meitec, Inc.
600 Travis Street, Suite 5200
Houston, TX 77002
*Via U.S. Mail*

United Power and Control Systems, LLC
Attn: Don M. Nelson
P.O. Box 446
Spring, Texas 77383-0446
*Via U.S. Mail*

Custom Air Products & Services, Inc.
Attn: Bob Love
35 Southbelt Industrial Dr.
Houston TX 77047-7011
*Via U.S. Mail*

David Holesinger
Trial Attorney
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
*Via ECF*

David John Ward
Michel and Ward, P.C.
100 Cherokee Boulevard, Suite 204
Chattanooga, TN 37405
*Via ECF*

Caleb Thomas Holzaepfel
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
*Via ECF*

Ryan A. Burgett
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
*Via ECF*

Vincent Renda
Renda Law Offices, P.C.
600 West Broadway, Suite 400
San Diego, CA 92101
*Via ECF*

Ronald E. Gold
Frost Brown Todd LLC
3300 Great American Tower
301 E. 4th Street
Cincinnati, OH 45202
*Via ECF*

Lynda M. Hill
Frost Brown Todd LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
*Via ECF*

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, TX 77253
*Via U.S. Mail*

Anna Marie Davenport
Spears, Moore, Rebman & Williams, P.C.
P. O. Box 1749
Chattanooga, TN 37401-1749
*Via ECF*

Michael DiGiacomo
Craig Ganz
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004
Counsel for STORE Master Funding VI, LLC
*Via ECF*

Laura F. Ketcham
Miller & Martin PLLC
Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
*Via ECF*

Joseph Corrigan
Iron Mountain Information Management LLC
One Federal Street
Boston, MA 02110
*Via ECF*

Joseph Greenwood
Livingstone Partners, LLC
443 N. Clark Street
Chicago, IL 60654
*Via U.S. Mail*

David A. Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707
*Via ECF*

Mark A. Lindsay
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center
Pittsburgh, PA 15222
*Via ECF*

Shaun Martin
Winter Harbor, LLC
265 Franklin Street, 10th Floor
Boston, MA 02110
*Via U.S. Mail*

Athanasios P. Papailiou
Matthew J. Segal
Pacifica Law Group LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
*Via ECF*

Shane G. Ramsey
Nelson Mullins Riley & Scarborough, LLP
150 Fourth Avenue North, Suite 1100
Nashville, TN 37219
*Via ECF*

IBM Corporation
Attn: Marie-Josee Dube
275 Viger East
Montreal, QC H2X 3R7  Canada
*Via U.S. Mail*

Marshall C. Turner
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
*Via ECF*

John Leland Murphree
Maynard Cooper & Gale PC
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
*Via ECF*

Evan Nicholas Parrott
Maynard, Cooper & Gale, P.C.
11 North Water Street, Suite 24290
Mobile, AL 36602
*Via ECF*

Catherine Douglas Kretzschmar
David Brett Marks
Akerman LLP
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
*Via ECF*

Marvin E. Clements, Jr.
State of Tennessee Attorney General
P. O. Box 20207
Nashville, TN 37202-0207
*Via ECF*

William H. Horton
720 McCallie Avenue
Chattanooga, TN 37403
*Via ECF*

James R. Moore
Moore & Brooks
6223 Highland Place Way, Suite 102
Knoxville, TN 37919
*Via ECF*

Brad C. Bedwell
Donato Minx Brown & Pool, PC
3200 Southwest Freeway, Ste. 2300
Houston TX 77027
*Via ECF*